UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **Perry Hopman,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00074-KGB |
| | § | |
| **Union Pacific Railroad,** | § | |
| Defendant. | § | |

## MOTION FOR ADMISSION PRO HAC VICE
## AND REQUEST FOR WAIVER OF LOCAL OFFICE REQUIREMENT

Pursuant to Local Rule 83.5(d) of the United States District Court for the Eastern and Western District of Arkansas, GREGORY G. PAUL, a member in good standing of the Bar of the United States District Court for the Eastern District of Arkansas, moves for the admission pro hac vice of JOHN W. GRIFFIN, a member of the Bar of the State of Texas, to this Court for the purpose of representing the plaintiff in the above-captioned matter, and states as follows:

1. JOHN W. GRIFFIN is a practicing attorney in the firm of MAREK, GRIFFIN & KNAUPP.  His business address is 203 N. Liberty Street, Victoria, Texas 77901. His telephone number is 361-573-5500.

2. JOHN W. GRIFFIN is a member in good standing of the Bar of the State of Texas.  He is admitted to practice before the U.S. District Courts for the Southern, Western and Eastern Districts of Texas. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

3. JOHN W. GRIFFIN is familiar with the applicable provisions of the Local Rules of the United States District Court for the Eastern District of Arkansas and affirms the jurisdiction of this Court in matters of discipline.

4. GREGORY G. PAUL, a member of the United States District Court for the Eastern District of Arkansas, will continue to represent Plaintiffs if this motion is granted.  Mr. Paul does not maintain an office in Arkansas and requests that the Court waive that requirement for Mr. Griffin's admission pro hac vice.

WHEREFORE, the Plaintiff respectfully requests that JOHN W. GRIFFIN be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Plaintiffs in the above referenced proceeding in accordance with the Rules of this Court.

Respectfully submitted,

/s/ Gregory G. Paul
Gregory G. Paul
PA Id No. 83334
100 First Ave., Suite 1010
Pittsburgh, PA  15222
Tel. 412-259-8375
Fax. 888-822-9421

John W. Griffin
*to be admitted *pro hac vice*
TX Bar No. 08460300
MAREK, GRIFFIN & KNAUPP
203 N. Liberty Street
Victoria, Texas 77901
Tel. 361-573-5500
Fax. 361-573-5040

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2018, this document filed through the CM-ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that to the extent necessary paper copies will be sent to those indicated as non-registered participants on February 8, 2018.

                                                  /s/ Gregory G. Paul
                                                  Gregory G. Paul