UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| PERRY HOPMAN, § § Plaintiff, § § V. § UNION PACIFIC RAILROAD, § § Defendant. § | CASE NO. 4:18-CV-00074-KGB |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Union Pacific Railroad ("Union Pacific") files this Motion for Summary Judgment.

1. Plaintiff Perry Hopman ("Hopman") alleges that Union Pacific failed to accommodate him in violation of the Americans with Disabilities Act ("ADA") and the Rehabilitation Act of 1973 ("Rehabilitation Act").

2. Under FED. R. CIV. P. 56 and Local Rule 56.1, Union Pacific moves for summary judgment against Hopman's claims in their entirety .

3. In support of its Motion, Union Pacific contemporaneously files its: (1) Brief in Support of its Motion for Summary Judgment; (2) Statement of Undisputed Fact pursuant to Local Rule 56.1; and (3) Appendix of Exhibits and Exhibits in Support of Motion for Summary Judgment.

Accordingly, for the reasons set forth in Union Pacific's Brief in Support of its Motion for Summary Judgment, Union Pacific requests that the Court grant its Motion for Summary Judgment and dismiss this lawsuit.

DATED:  June 24, 2019	Respectfully submitted,

	/s/ Linda C. Schoonmaker
	Linda C. Schoonmaker
	Texas Bar No. 17806300
	lschoonmaker@seyfarth.com
	Brian A. Wadsworth
	Texas Bar No. 24075231
	bawadsworth@seyfarth.com
	SEYFARTH SHAW, LLP
	700 Milam Street, Suite 1400
	Houston, Texas 77002
	Telephone: (713) 225-2300
	Facsimile: (713) 225-2340

	AND

	Torry N. Garland, #21624
	Union Pacific Railroad Company
	1400 Douglas Street
	Omaha, NE 68179
	Telephone: (402) 544-3135
	Fax: (402)-997-4760
	tngarlan@up.com

	**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to all counsel of record.

	/s/ Linda C. Schoonmaker
	Linda C. Schoonmaker