# EXHIBIT B

# HR Reporting System

| Employee Personal Data<br>Name: PERRY A HOPMAN<br>Empl Id: 0436513 | | | |
|---|---|---|---|
| **Addr Eff Dt:** | 06/11/2015 | **Death Date:** | |
| **Home Addr:** | 1006 MILLER COVE - BENTON AR 72019 | | |
| **Mail Addr:** | 1006 MILLER COVE - BENTON AR 72019 | | |
| **Home Phone:** | (501) 778-3097 | **Cell Phone:** | |
| **Marital Status:** | | | |
| **Original Hire Dt:** | 05/05/2008 | **Last Hire Dt:** | 05/05/2008 |
| **Adj Svc Dt:** | 05/05/2008 | **Years Of Svc:** | 10 |
| **Empl Status:** | ACTIVE | **Status Eff Dt:** | 05/04/2015 |
| **Exp Rtn Dt:** | 09/25/2013 | | |
| **Pos Eff Dt:** | | **Position Title:** | BRAKEMAN |
| **Pos Number:** | | **Job Code:** | TEY612 |
| **Department:** | 70: TRNSP SOUTHERN RGN | **Division:** | |
| **MOU:** | 5303: Supt-Trn Eng & Yd | **Service Unit:** | 06: NORTH LITTLE ROCK TSU |
| **Union:** | 21: UTUT | **SBG:** | |
| **Work Location:** | N LT ROCK, AR | | |
| **Payroll:** | | **Cost Center:** | LK395 |
| **Supv Name:** | DOUGLAS S LEE | **Supv Empl Id:** | 0051858 |
| **Emergency Contacts** | | | |
| **Primary Contact** | **Contact Name** | **Contact Relation** | **Contact Phone** |
| PRIMARY | roxie Hopman | SPOUSE | 5012492085 |
| Report Generated on 06/19/18 23:54:40 by LADM279<br>Data copyright Union Pacific Railroad 2018 | | | |

HR Reporting System

**Work History**
Name: PERRY A HOPMAN
Empl Id: 0436513

| EFF DATE | CHANGE TYPE | EMPL STATUS | JOB TYPE | POSITION TITLE | WORK LOCATION | UNION | DEPARTMENT | JOB CODE |
|---|---|---|---|---|---|---|---|---|
| 05/24/2018 | Agr Change/Pos Title/Loc | ACTIVE | AGR | BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 05/03/2018 | Agr Change/Pos Title/Loc | ACTIVE | AGR | BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 10/01/2017 | Both-Data Redesignation | ACTIVE | AGR | YARDMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY615 |
| 09/18/2017 | Agr Change/Pos Title/Loc | ACTIVE | AGR | YARDMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY615 |
| 03/07/2017 | Agr Change/Pos Title/Loc | ACTIVE | AGR | CONDUCTOR | N LT ROCK, AR | UTUC | TRNSP SOUTHERN RGN | TEY608 |
| 12/13/2016 | Agr Change/Pos Title/Loc | ACTIVE | AGR | CONDUCTOR | N LT ROCK, AR | UTUC | TRNSP SOUTHERN RGN | TEY608 |
| 11/16/2016 | Agr Change/Pos Title/Loc | ACTIVE | AGR | BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 09/13/2016 | Agr Change/Pos Title/Loc | ACTIVE | AGR | CONDUCTOR | N LT ROCK, AR | UTUC | TRNSP SOUTHERN RGN | TEY608 |
| 07/13/2016 | Agr Change/Pos Title/Loc | ACTIVE | AGR | CONDUCTOR | N LT ROCK, AR | UTUC | TRNSP SOUTHERN RGN | TEY608 |
| 05/11/2016 | Both-Data Redesignation | ACTIVE | AGR | BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 04/28/2016 | Both-Data Redesignation | ACTIVE | AGR | BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 01/20/2016 | Agr Change/Pos Title/Loc | ACTIVE | AGR | BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 12/29/2015 | Agr Change/Pos Title/Loc | ACTIVE | AGR | CONDUCTOR | N LT ROCK, AR | UTUC | TRNSP SOUTHERN RGN | TEY608 |
| 07/13/2015 | Agr Change/Pos Title/Loc | ACTIVE | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 07/11/2015 | Agr Change/Pos Title/Loc | ACTIVE | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 06/25/2015 | Agr Change/Pos Title/Loc | ACTIVE | AGR | SWITCHMAN BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY615 |
| 06/21/2015 | Agr Change/Pos Title/Loc | ACTIVE | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 06/15/2015 | Agr Change/Pos Title/Loc | ACTIVE | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 06/06/2015 | Agr Change/Pos Title/Loc | ACTIVE | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 05/29/2015 | Agr Change/Pos Title/Loc | ACTIVE | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 05/04/2015 | Agr Return from Leave of Abs | ACTIVE | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 04/15/2015 | Agr LOA-USERRA | LEAVE | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 07/01/2012 | Both-Data Redesignation | LEAVE | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 04/11/2010 | Agr LOA - Military | LEAVE | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 04/06/2010 | Agr Change/Pos Title/Loc | ACTIVE | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 04/05/2010 | Agr Rtn from furl, susp, RRB | ACTIVE | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 03/12/2009 | Agr Furloughed - Point Recall | OFF WORK | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 01/29/2009 | Agr Change/Pos Title/Loc | ACTIVE | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 01/22/2009 | Agr Rtn from furl, susp, RRB | ACTIVE | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 12/08/2008 | Agr Furloughed - Point Recall | OFF WORK | AGR | SWITCHMAN BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY615 |
| 11/18/2008 | Agr Change/Pos Title/Loc | ACTIVE | AGR | SWITCHMAN BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY615 |
| 10/21/2008 | Agr Change/Pos Title/Loc | ACTIVE | AGR | SWITCHMAN BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY615 |
| 10/21/2008 | Agr Change/Pos Title/Loc | ACTIVE | AGR | SWITCHMAN BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY615 |

# HR Reporting System

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/13/2008 | Agr Change/Pos Title/Loc | ACTIVE | AGR | SWITCHMAN BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP NORTHERN RGN | TEY615 |
| 09/29/2008 | Agr Change/Pos Title/Loc | ACTIVE | AGR | SWITCHMAN BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY615 |
| 09/17/2008 | Agr Change/Pos Title/Loc | ACTIVE | AGR | SWITCHMAN BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY615 |
| 09/09/2008 | Agr Change/Pos Title/Loc | ACTIVE | AGR | SWITCHMAN BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY615 |
| 08/11/2008 | Agr Change/Pos Title/Loc | ACTIVE | AGR | SWITCHMAN BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY615 |
| 06/23/2008 | Agr Change/Pos Title/Loc | ACTIVE | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |
| 06/09/2008 | Agr Change/Pos Title/Loc | ACTIVE | AGR | SWITCHMAN BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY615 |
| 06/09/2008 | Agr Change/Pos Title/Loc | ACTIVE | AGR | SWITCHMAN BRAKEMAN | PINE BLUFF, AR | UTUT | TRNSP SOUTHERN RGN | TEY615 |
| 06/09/2008 | Agr Change/Pos Title/Loc | ACTIVE | AGR | SWITCHMAN BRAKEMAN | PINE BLUFF, AR | UTUT | TRNSP SOUTHERN RGN | TEY615 |
| 05/26/2008 | Agr Change/Pos Title/Loc | ACTIVE | AGR | SWITCHMAN BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY615 |
| 05/05/2008 | Agr New Hire | ACTIVE | AGR | THRU FRT BRAKEMAN | N LT ROCK, AR | UTUT | TRNSP SOUTHERN RGN | TEY612 |

Report Generated on 06/19/18 23:54:40 by LADM279
Data copyright Union Pacific Railroad 2018

UPHopman000003

HR Reporting System

| Complete Training History  Name: PERRY A HOPMAN  Empl Id: 0436513 | | | |
|---|---|---|---|
| COMPLETION DATE | CODE | DESCRIPTION | DURATION IN HRS |
| 05/28/2018 | PTCFC1 | PTC Functional Changes 1 | 0.5 |
| 02/02/2018 | HZ89 | Hazardous Materials Emergency Respo | 0.0 |
| 01/20/2018 | MCWDBE | Operating Procedures When Wayside D | 0.1 |
| 12/16/2017 | MCWDBE | Operating Procedures When Wayside D | 0.1 |
| 10/18/2017 | PTCCOD | Positive Train Control - Conductor | 1.0 |
| 07/10/2017 | RXABH | 49 CFR 232.203 Hands on Air Brake T | 0.0 |
| 04/24/2017 | JSA70 | DEFENSIVE WALKING | 1.0 |
| 04/24/2017 | JSA70B | CROSSING TRACKS & DISMOUNTING | 0.1 |
| 04/24/2017 | QS36 | SECURING CARS OR ENGINES | 0.3 |
| 04/24/2017 | QS46 | CAB RED ZONES | 1.0 |
| 04/24/2017 | RXGFC | FEDERAL REGULATION CFR 217 & | 0.3 |
| 03/07/2017 | DAPV | DRUG AND ALCOHOL POLICY VIGNE | 0.5 |
| 03/07/2017 | EEO11 | EEO OVERVIEW | 0.5 |
| 03/07/2017 | OPRU2 | TWO DAY RULES CLASS | 18.0 |
| 03/07/2017 | PXDN | HEARINGCONSERVATION | 0.3 |
| 03/07/2017 | RXGFC | FEDERAL REGULATION CFR 217 & | 0.3 |
| 03/07/2017 | RXHM | HAZMAT REFRESHER | 2.0 |
| 03/07/2017 | RXTC | RULES INSTRUCTION FOR TE&Y | 16.0 |
| 03/07/2017 | SFGFSC | GENERAL FATIGUE TRAINING - SH | 0.5 |
| 03/07/2017 | VIED | RAIL SECURITY AWARENESS COURS | 1.0 |
| 03/06/2017 | EV20 | FIRE EXTINGUISHER ANNUAL TRNG | 0.3 |
| 03/06/2017 | EV20E | FIRE EXTINGUISHER ANNUAL TRAI | 0.3 |
| 03/06/2017 | MEDRT | MEDICAL RULES TRAINING | 0.3 |
| 03/06/2017 | OP220C | ELECTRONIC DEVICES ONLINE TRA | 0.2 |
| 03/06/2017 | OPCRZ | CAB RED ZONE (CRZ) | 1.0 |
| 03/06/2017 | OPFPT | FIRE PREVENTION TRAINING | 0.2 |
| 03/06/2017 | Q222 | ERGONOMICS AWARENESS | 1.0 |
| 03/06/2017 | SFGHSB | HAZARD COMMUNICATION: THE GLO | 0.8 |
| 11/30/2016 | RXABH | 49 CFR 232.203 HANDS ON AIR B | |
| 11/21/2016 | JSA70 | DEFENSIVE WALKING | 1.0 |
| 11/21/2016 | JSA70B | CROSSING TRACKS & DISMOUNTING | 0.1 |
| 11/21/2016 | QS36 | SECURING CARS OR ENGINES | 0.3 |
| 11/21/2016 | RXGFC | FEDERAL REGULATION CFR 217 & | 0.3 |
| 09/13/2016 | DAPV | DRUG AND ALCOHOL POLICY VIGNE | 0.5 |

UPHopman000004

HR Reporting System

| Date | Code | Description | Hours |
|---|---|---|---|
| 09/13/2016 | EEO11 | EEO OVERVIEW | 0.5 |
| 09/13/2016 | OPRU2 | TWO DAY RULES CLASS | 18.0 |
| 09/13/2016 | PXDN | HEARINGCONSERVATION | 0.3 |
| 09/13/2016 | RXGFC | FEDERAL REGULATION CFR 217 & | 0.3 |
| 09/13/2016 | RXHM | HAZMAT REFRESHER | 2.0 |
| 09/13/2016 | RXTC | RULES INSTRUCTION FOR TE&Y | 16.0 |
| 09/13/2016 | SFGFSC | GENERAL FATIGUE TRAINING - SH | 0.5 |
| 09/13/2016 | VIED | RAIL SECURITY AWARENESS COURS | 1.0 |
| 09/12/2016 | EV20 | FIRE EXTINGUISHER ANNUAL TRNG | 0.3 |
| 09/12/2016 | EV20E | FIRE EXTINGUISHER ANNUAL TRAI | 0.3 |
| 09/12/2016 | OP220C | ELECTRONIC DEVICES ONLINE TRA | 0.2 |
| 09/12/2016 | OPCRZ | CAB RED ZONE (CRZ) | 1.0 |
| 09/12/2016 | OPFPT | FIRE PREVENTION TRAINING | 0.2 |
| 09/12/2016 | PTCEMD | EMD SMARTCONSIST SETUP | 0.3 |
| 09/12/2016 | PTCLDW | LEADER TRAINING (SELF PACED) | |
| 09/12/2016 | Q222 | ERGONOMICS AWARENESS | 1.0 |
| 09/12/2016 | RXHF4 | HUMAN FACTOR INCIDENTS - SWIT | 0.3 |
| 09/05/2016 | SFGHSB | HAZARD COMMUNICATION: THE GLO | 0.8 |
| 08/14/2016 | WORC | MOBILE WORK ORDER REPORTING T | 1.0 |
| 07/24/2016 | MEDRT | MEDICAL RULES TRAINING | 0.3 |
| 07/19/2016 | SFBSI | BRAKE STICK TRAINING | 0.1 |
| 06/28/2016 | JSA70 | DEFENSIVE WALKING | 1.0 |
| 06/28/2016 | JSA70B | CROSSING TRACKS & DISMOUNTING | 0.1 |
| 06/13/2016 | OC10TC | FRA HOURS OF DUTY TRAINING-TE | 2.0 |
| 01/11/2016 | HZ89 | HAZARDOUS MATERIALS EMERGENCY | |
| 12/16/2015 | HMGT | HEAVY AND MOUNTAIN GRADE TRAI | 1.0 |
| 12/14/2015 | PTCLDW | LEADER TRAINING (SELF PACED) | |
| 11/18/2015 | OPDPP2 | DISTRIBUTED POWER PHASE 2 IMP | 1.0 |
| 11/02/2015 | JSA70 | DEFENSIVE WALKING | 1.0 |
| 11/02/2015 | JSA70B | CROSSING TRACKS & DISMOUNTING | 0.1 |
| 11/02/2015 | QS46 | CAB RED ZONES | 1.0 |
| 08/24/2015 | PTCEMD | EMD SMARTCONSIST SETUP | 0.3 |
| 07/07/2015 | RXABH | 49 CFR 232.203 HANDS ON AIR B | |
| 06/09/2015 | RXABH | 49 CFR 232.203 HANDS ON AIR B | |
| 05/29/2015 | DAPV | DRUG AND ALCOHOL POLICY VIGNE | 0.5 |
| 05/29/2015 | EEO11 | EEO OVERVIEW | 0.5 |
| 05/29/2015 | OPACS | AUTOMATIC CAB SIGNAL ON-LINE | 0.5 |
| 05/29/2015 | OPATC | AUTOMATIC TRAIN CONTROL | 0.5 |

HR Reporting System

| Date | Code | Description | Hours |
|---|---|---|---:|
| 05/29/2015 | OPCRZ | CAB RED ZONE (CRZ) | 1.0 |
| 05/29/2015 | OPRU2 | TWO DAY RULES CLASS | 18.0 |
| 05/29/2015 | OPSTL | STOP THE LINE | 1.0 |
| 05/29/2015 | PXDN | HEARINGCONSERVATION | 0.3 |
| 05/29/2015 | RXCT | NEW CONDUCTOR TRAINING | 135.0 |
| 05/29/2015 | RXDP | TE&Y DERAILMENT PREVENTION & | 28.0 |
| 05/29/2015 | RXGFC | FEDERAL REGULATION CFR 217 & | 0.3 |
| 05/29/2015 | RXHF1 | GCOR 6.5: SHOVING MOVEMENTS | 0.5 |
| 05/29/2015 | RXHF2 | HUMAN FACTOR INCIDENTS   BYPA | 0.5 |
| 05/29/2015 | RXHF3 | HUMAN FACTOR INCIDENTS - SECU | 0.5 |
| 05/29/2015 | RXHM | HAZMAT REFRESHER | 2.0 |
| 05/29/2015 | RXTC | RULES INSTRUCTION FOR TE&Y | 16.0 |
| 05/29/2015 | SFBST | BRAKE STICK TRAINING - WORKIN | 1.0 |
| 05/29/2015 | SFGFSC | GENERAL FATIGUE TRAINING - SH | 0.5 |
| 05/29/2015 | VIED | RAIL SECURITY AWARENESS COURS | 1.0 |
| 05/28/2015 | EV20 | FIRE EXTINGUISHER ANNUAL TRNG | 0.3 |
| 05/28/2015 | EV20E | FIRE EXTINGUISHER ANNUAL TRAI | 0.3 |
| 05/28/2015 | OP220C | ELECTRONIC DEVICES ONLINE TRA | 0.2 |
| 05/28/2015 | OPCRZ | CAB RED ZONE (CRZ) | 1.0 |
| 05/28/2015 | OPFPT | FIRE PREVENTION TRAINING | 0.2 |
| 05/28/2015 | OPSTL | STOP THE LINE | 1.0 |
| 05/28/2015 | PXBDE | HEAT STRESS TRAINING FOR EMPL | 1.0 |
| 05/28/2015 | Q217 | THE SCIENCE OF FATIGUE AND ALE | 0.5 |
| 05/28/2015 | Q220 | DRUG AND ALCOHOL/OPERATION RED | 1.0 |
| 05/28/2015 | Q222 | ERGONOMICS AWARENESS | 1.0 |
| 05/28/2015 | RXHF4 | HUMAN FACTOR INCIDENTS - SWIT | 0.3 |
| 05/28/2015 | SFGHS | HAZARD COMMUNICATION: THE GLO | 0.8 |
| 05/28/2015 | TTSTA | SINGLE TRACK AUTHORITY FORM - | 0.3 |
| 07/28/2010 | HZ89 | HAZARDOUS MATERIALS EMERGENCY | |
| 04/12/2010 | JSA70 | DEFENSIVE WALKING | 1.0 |
| 04/12/2010 | JSA70B | CROSSING TRACKS & DISMOUNTING | 0.1 |
| 04/11/2010 | JSA70 | DEFENSIVE WALKING | 1.0 |
| 02/16/2009 | BZ53 | WORKING IN RED ZONE | 0.3 |
| 11/18/2008 | RXH1 | HOSTLER QUALIFICATION TRAINING | 28.0 |
| 10/13/2008 | CMTSTE | CMTS FOR TE&Y EMPLOYEES | 4.0 |
| 10/13/2008 | RXMFDE | DUAL CONTROL SWITCHES AND MOVE | 1.0 |
| 10/13/2008 | TL01 | TRAIN LINEUP (=TL) TUTORIAL | 0.5 |
| 09/29/2008 | EEOQ | EEO BASICS | 1.0 |

## HR Reporting System

| Date | Code | Description | Hours |
|---|---|---|---|
| 09/29/2008 | Q213 | PROPER USE OF FIRE EXTINGUISHE | 1.0 |
| 09/29/2008 | Q221 | DIESEL EXHAUST - FOR YOUR INFO | 1.0 |
| 09/29/2008 | Q222 | ERGONOMICS AWARENESS | 1.0 |
| 09/29/2008 | Q237 | OPERATING EMPLOYEES - HEARING | 0.2 |
| 09/29/2008 | QABTI | AIR BRAKE TESTS AND INSPECTION | 0.4 |
| 07/27/2008 | HM68 | HM232 SECURITY AWARENESS TRNG | 0.3 |
| 07/27/2008 | Q212 | RAIL SECURITY AWARENESS (MEETS | 1.0 |
| 07/04/2008 | LC02 | LEADERSHIP CONFERENCE INFO | 1.0 |
| 07/04/2008 | RXCF | NEW FEDERAL REGULATION CFR217- | 1.0 |
| 07/04/2008 | RXCT | NEW CONDUCTOR TRAINING | 135.0 |
| 07/04/2008 | RXGFC | SHOVE FOUL SWITCHES GFC | 0.3 |
| 07/04/2008 | SA22 | RED ZONE CONTACT | 1.0 |
| 06/10/2008 | SA22 | RED ZONE CONTACT | 1.0 |
| 06/04/2008 | SA22 | RED ZONE CONTACT | 1.0 |
| 05/28/2008 | BCEU | BUSINESS CONDUCT EXPECTATIONS | 1.0 |
| 05/28/2008 | EEOV | EEO: COMPLIANCE AND BEYOND (AL | 2.0 |
| 05/28/2008 | EO24 | FRA EMERGENCY ORDER NO. 24 | 4.0 |
| 05/28/2008 | HM68 | HM232 SECURITY AWARENESS TRNG | 0.3 |
| 05/28/2008 | RXABH | CFR49 232.203 HANDS ON TESTING | |
| 05/28/2008 | RXCF | NEW FEDERAL REGULATION CFR217- | 1.0 |
| 05/28/2008 | RXGFC | SHOVE FOUL SWITCHES GFC | 0.3 |
| 05/28/2008 | RXSB | SWITCHMAN/BRAKEMAN TRAINING | 176.0 |
| 05/28/2008 | V003 | SWITCHING SFTY: THE 5 LIFESAVE | 0.3 |
| 05/28/2008 | VH41 | SAFETYTHECHOICEISYOURS-TRANSP | 1.0 |
| 05/22/2008 | MD55 | READING FOOD LABELS | 0.3 |
| 05/22/2008 | MD59 | TAKE CONTROL | 0.5 |

Report Generated on 06/19/18 23:54:40 by LADM279
Data copyright Union Pacific Railroad 2018

HR Reporting System

**Medical Exam History**
**Name: PERRY A HOPMAN**
**Empl Id: 0436513**

| EXAM CODE | EXAM DATE | EXAM TITLE | PASS/FAIL | SCORE | ACCURACY | END DATE |
|---|---|---|---|---|---|---|
| OPTER | 03/07/2017 | Territory Exams | PASS | 98 | 98 | |
| OPTER | 09/13/2016 | Territory Exams | PASS | 96 | 96 | |
| OP220T | 09/12/2016 | Electronic Devices Online Training Examination | PASS | 0 | 0 | |
| OPRCLC | 07/09/2015 | Cattron Final Exam | PASS | 94 | 94 | |
| OPRBMT | 06/30/2015 | RCL Mechanical Exam | PASS | 100 | 100 | |
| OPTER | 06/29/2015 | Territory Exams | PASS | 100 | 100 | |
| OP220T | 05/28/2015 | Electronic Devices Online Training Examination | PASS | 0 | 0 | |
| OPTER | 07/01/2012 | Territory Exams | PASS | 100 | 100 | |

Report Generated on 06/19/18 23:54:40 by LADM279
Data copyright Union Pacific Railroad 2018

HR Reporting System

| | | | | | | |
|---|---|---|---|---|---|---|
| **Skills Exam History** <br> Name: PERRY A HOPMAN <br> Empl Id: 0436513 | | | | | | |
| **EXAM CODE** | **EXAM DATE** | **EXAM TITLE** | **PASS/FAIL** | **SCORE** | **ACCURACY** | **END DATE** |
| TDRT | 02/13/2018 | Transportation Daily Rules Training | PASS | 80 | 80 | |
| PTCCON | 10/18/2017 | Positive Train Conductor Training Exam | PASS | 80 | 80 | |
| TDRT | 04/30/2017 | Transportation Daily Rules Training | PASS | 55 | 55 | |
| OR4A | 03/07/2017 | TE&Y Operating Rules Exam | PASS | 97 | 97 | |
| RXABE | 03/07/2017 | Proctored Air Brake Rules Test | PASS | 93 | 93 | |
| TER405 | 03/07/2017 | Little Rock/Pine Bluff Hub Exam | PASS | 98 | 98 | |
| ORHM | 03/06/2017 | Instructions for Handling Hazardous Materials Exam | PASS | 93 | 93 | |
| ORRS | 03/06/2017 | ORRS - Rail Security Awareness Test | PASS | 100 | 100 | |
| ORRSC | 03/06/2017 | ORRS-RAIL SEC - IED RECOG EXAM | PASS | 0 | 0 | |
| TDRT | 09/16/2016 | Transportation Daily Rules Training | PASS | 80 | 80 | |
| OR4A | 09/13/2016 | TE&Y Operating Rules Exam | PASS | 96 | 96 | |
| ORRS | 09/13/2016 | ORRS - Rail Security Awareness Test | PASS | 100 | 100 | |
| ORRSC | 09/13/2016 | ORRS-RAIL SEC - IED RECOG EXAM | PASS | 0 | 0 | |
| RXABE | 09/13/2016 | Proctored Air Brake Rules Test | PASS | 100 | 100 | |
| TER405 | 09/13/2016 | Little Rock/Pine Bluff Hub Exam | PASS | 96 | 96 | |
| ORHM | 09/12/2016 | Instructions for Handling Hazardous Materials Exam | PASS | 100 | 100 | |
| TER405 | 06/29/2015 | Little Rock/Pine Bluff Hub Exam | PASS | 100 | 100 | |
| OC10TT | 06/09/2015 | FRA Hours of Service - TEY Test | PASS | 0 | 0 | |
| OR4A | 05/28/2015 | TE&Y Operating Rules Exam | PASS | 94 | 94 | |
| ORRS | 05/28/2015 | ORRS - Rail Security Awareness Test | PASS | 100 | 100 | |
| ORRSC | 05/28/2015 | ORRS-RAIL SEC - IED RECOG EXAM | PASS | 0 | 0 | |
| RXABE | 05/28/2015 | Proctored Air Brake Rules Test | PASS | 100 | 100 | |
| ORHM | 05/27/2015 | Instructions for Handling Hazardous Materials Exam | PASS | 86 | 87 | |
| OR6E | 05/22/2015 | Conductor Work Order Final | PASS | 96 | 96 | |
| OR6R | 05/11/2015 | Conductor Program Phase 2 Entrance Exam | PASS | 85 | 85 | |
| SECUR | 07/27/2008 | Q212 | PASS | 0 | 0 | |
| OR6A | 07/05/2008 | PROMO TO COND (COMPL ALL PARTS) | PASS | 100 | 100 | |
| OR6T | 07/05/2008 | CONDUCTOR TRIP FINAL EXAM | PASS | 94 | 94 | |
| OR6E | 06/28/2008 | Conductor Work Order Final | PASS | 100 | 100 | |
| OR6R | 06/23/2008 | Conductor Program Phase 2 Entrance Exam | PASS | 93 | 93 | |
| OR6A | 05/24/2008 | PROMO TO COND (COMPL ALL PARTS) | PASS | 0 | 0 | |
| OR6A | 05/24/2008 | PROMO TO COND (COMPL ALL PARTS) | PASS | 96 | 97 | |
| OR6S | 05/24/2008 | New Hire Final Exam | PASS | 96 | 96 | |
| OR6D | 05/22/2008 | New Hire Block Signal Exam | PASS | 100 | 100 | |

# HR Reporting System

| | | | | | |
|---|---|---|---|---|---|
| OR6K | 05/20/2008 | Switch Alignment & Movement Assessment Final | PASS | 100 | 100 |
| OR6C | 05/19/2008 | New Hire Track Warrant Control Exam | PASS | 92 | 92 |
| OR6F | 05/16/2008 | New Hire Air Brake Exam | PASS | 96 | 96 |
| OR6G | 05/12/2008 | New Hire Hazardous Materials Exam | PASS | 96 | 96 |
| OR6H | 05/07/2008 | New Hire Safety Exam | PASS | 94 | 94 |

Report Generated on 06/19/18 23:54:40 by LADM279
Data copyright Union Pacific Railroad 2018

HR Reporting System

**Employee Discipline History**
**Name: PERRY A HOPMAN**
**Empl Id: 0436513**

| Current Snapshot Record: | |
|---|---|
| MAPS Status Code: | Attendance |
| Status Description: | Leniency |
| Probation End Date: | Leniency |
| Probation MAPS Level: | Leniency |
| Retention Date: | |
| Last Event Date: | |
| Active: | N |

**No History Records Found.**

Report Generated on 06/19/18 23:54:40 by LADM279
Data copyright Union Pacific Railroad 2018

UPHopman000011