# EXHIBIT C



April 10, 2017

To Whom It May Concern,

This letter is to verify that Perry Hopman and his dog Atlas* have completed and fulfilled all of the necessary requirements put forth by Paws For Effect Dog Training's Service Dog Program. To complete said program, Mr. Hopman and Atlas were required to demonstrate through evaluation and testing their ability and strength as a service dog team. Perry and Atlas were required to undergo over 200 hours of advanced formal training. They were also required to complete exams that tested Atlas' behavioral tasks, assistance tasks, and Public Access Training as well as Perry's ability to control and instruct Atlas in different situations and circumstances. In addition to these formal exams, Atlas was required to demonstrate the personality and etiquette that is required of a representative of the Service Dog Community. We are proud to say that Perry Hopman and Atlas passed our program and are registered through Paws For Effect Dog Training's Service Dog Program (PFE Team #70010). Please contact Paws For Effect Dog Training with any questions or concerns.

Sincerely,


Jordyn Miller
Owner and Head Trainer
Paws For Effect Dog Training
(870)917-9858
PawsForEffect@live.com


*Atlas is an altered male, German Rottweiler

UPHopman000856