# EXHIBIT D



# Transcript of Debra Gengler

**Date:** February 6, 2019
**Case:** Hopman -v- Union Pacific Railroad

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

```
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF ARKANSAS
 2

 3    PERRY HOPMAN,                  ) CIVIL ACTION NO.
                                     ) 4:18-cv-74-KGB
 4                                   )
              PLAINTIFF,              ) VIDEOTAPED
 5                                   ) DEPOSITION OF
                                     ) DEBRA GENGLER
 6         VS.                       )
                                     )
 7                                   )
      UNION PACIFIC RAILROAD,        )
 8                                   )
                                     )
 9            DEFENDANT.             )
      - - - - - - - - - - - - - - - -
10

11          VIDEOTAPED DEPOSITION OF DEBRA GENGLER,

12    taken before Chelsey A. Horak, RPR, General Notary

13    Public within and for the State of Nebraska,

14    beginning at 9:07 a.m., on February 6, 2019, at the

15    Law Offices of Welsh & Welsh, P.C., L.L.O.,

16    9290 West Dodge Road, Suite 204, Omaha, Nebraska.

17

18

19

20

21

22

23

24

25
```

Transcript of Debra Gengler
Conducted on February 6, 2019  2

```
 1                A P P E A R A N C E S

 2   FOR THE PLAINTIFF:
     MR. JOHN W. GRIFFIN, JR.
 3   MAREK, GRIFFIN & KNAUPP
     203 North Liberty Street
 4   Victoria, Texas 77901
     (361)573-5500 FAX(361)573-5040
 5   jwg@lawmgk.com

 6


 7   FOR THE DEFENDANT:
     MR. TORRY N. GARLAND
 8   UNION PACIFIC RAILROAD
     1400 Douglas Street, Stop 1580
 9   Omaha, Nebraska 68179
     (402)544-3135 FAX(402)997-4760
10   tngarlan@up.com

11


12              A L S O   P R E S E N T

13   Ms. Lisa Olsen (Videographer)

14

15

16

17

18

19

20

21

22

23

24

25
```

1        Q.   Okay.
2        A.   Union Pacific does have -- it's described
3   in our medical rules.  So if -- and this would apply
4   to all of our employees in safety sensitive
5   positions.  So, for an example, if they are away
6   from work for over a year, upon their return to
7   work, they go through a return to work exam.
8        Q.   Okay.  So that would be triggered by some
9   event?
10       A.   Correct.
11       Q.   Okay.  All right.
12            Any other fitness-for-duty exams that UP
13  utilizes beyond which the FRA requires?
14       A.   So another -- another example would be, we
15  have -- in our medical rules, it's stated supervisor
16  initiated, so a supervisor can initiate a request
17  for a fitness-for-duty exam.
18       Q.   And as I understand it, that would be
19  where a supervisor notices some event that gives
20  some reason to believe that the person perhaps has
21  some limitation and needs to be -- needs to be
22  tested to see if they're fit for duty?
23       A.   Evaluated, correct.
24       Q.   Thank you for that word.  That's the word
25  I couldn't think of.  Thank you.

1        Q.   No worries.
2             My question is -- is:  Are these documents
3    in Exhibit 9 from Bates 197 to 202, are they
4    supposed to be Union Pacific's record of the
5    accommodation process?
6        A.   Correct.
7        Q.   Okay.
8             MR. GARLAND:  John, can we take a
9    quick restroom break?
10            MR. GRIFFIN:  We can.  Absolutely.
11            VIDEOGRAPHER:  The time is 10:05 a.m.
12        Counsel, we're off the record.
13                 (10:05 a.m. - Recess.)
14
15
16
17
18
19
20
21
22
23
24
25

```
1                    C E R T I F I C A T E
2    STATE OF NEBRASKA      )
                            )
3    COUNTY OF DOUGLAS      )
4              I, Chelsey A. Horak, RPR, General Notary
5    Public within and for the State of Nebraska, do
6    hereby certify that the foregoing testimony of
7    DEBRA GENGLER was taken by me in shorthand and
8    thereafter reduced to typewriting by use of
9    Computer-Aided Transcription, and the foregoing
10   eighty-eight (88) pages contain a full, true, and
11   correct transcription of all the testimony of said
12   witness, to the best of my ability;
13             That I am not a kin or in any way
14   associated with any of the parties to said cause of
15   action, or their counsel, and that I am not
16   interested in the event thereof.  Review was not requested.
17             IN WITNESS WHEREOF, I hereunto affix my
18   signature and seal this 11th day of February, 2019.
19
20
21
22                       _____
                         CHELSEY A. HORAK, RPR
23                       GENERAL NOTARY PUBLIC
24
25   My Commission Expires:  October 12, 2020
```