# EXHIBIT E

| Report# 123250867 | UNION PACIFIC | Page 1 of 2 |

## Values Line
### General Information

| | | |
|---|---|---|
| **Caller Name:** PERRY HOPMAN | **Client Name:** Union Pacific | **Report #:** 123250867 |
| **Type:** Employee | **Location #:** 7006 | **Priority:** 2 |
| **Title:** BRAKEMAN | **DBA:** Trnsp Southern Rgn | **Trans #:** 1 |
| **Phone:** (501)249-3453 | **Address:** 1000 W 4th St | **Rpt Date:** 04/01/2016 |
| **Best Time to Call:** ANYTIME | **City,State,Zip:** North Little Rock - AR  72114 | **Time:** 03:00PM |
| | **Country:** | **Origin:** Phone Call |
| **Email:** perry.hopman@yahoo.com | **Phone:** | |

### Summary Information

**WHO:** Caller, PERRY HOPMAN, reported NAMES DECLINED.
**WHAT:** Employee Relations
**WHEN:** 03/31/2016
**WHERE:** WITHIN THE WORKPLACE

### Incident Description

**4/1/2016 3:00:00 PM  -  Original Call**

Caller, Hopman, reported that on 03/31/2016 Road Operations Manager, Josh DAVIS, was informed that his request to bring his service animal into work, had been denied by Union Pacific, names DECLINED. DAVIS advised HOPMAN to contact Nurse, Kelly HERSTEIN, from within the office located in North Little Rock, Arkansas. HERSTEIN told HOPMAN to contact (Title UNKNOWN), Rhonda ROSS, located within Omaha. He was then told to file an ethics and compliance report. HOPMAN stated that he experiences horrible nightmares. He believes that having his service animal would allow him to be more comfortable at work, and make working easier for him. He noted that having his service animal would help him both mentally and physically. He did not specify the specific function of his service animal, but noted that his service dog helps him in various ways. HOPMAN would like to be able to bring his service animal to work.

**How does the caller know about the incident?:**   Alleged Victim

**What documentation is available?:**   email

### Involved Parties

**Reported Individuals:**
  **Name:** NAMES DECLINED
  **Title:** UNION PACIFIC

**Management Notified:** YES
  **Date:** 03/30/2016                           **Phone:**
  **Name:** JOSH DAVIS
  **Title:** ROAD OPERATIONS MANAGER
**Action Taken:** spoke with upper management.

**Involved/Aware Parties :**  YES
  **Name:** KELLY HERSTEIN
  **Title:** NURSE
  **Role:** Other

  **Name:** RHONDA ROSS
  **Title:** UNKNOWN

### Supplemental Information

**How does the caller know about hotline:**        Other

*Exhibit G*

UPHopman000264

| Report# 123250867 | UNION PACIFIC | Page 2 of 2 |
|---|---|---|

| Interviewer Observations: | |
|---|---|
| **Additional Information** | |
| Does your issue involve a FMLA concern? | NO |
| Would you please provide your employee ID number? | YES |
| Please provide your employee ID number. | 0436513 |
| VDN Number | 4593 |

## Client Instructions

The caller has provided his/her name and/or contact information indicating an interest in discussing this matter with a company representative.

Conditions:
The information contained in this report was provided by a third party source. The Network, Inc. does not verify the accuracy or the completeness of the information contained in this report, and therefore, cannot guarantee its accuracy or completeness.

If you have questions, concerns or updates such as escalation and/or dissemination instructions relative to our service or this incident report please contact us at "clientcommunication@tnwinc.com."

UPHopman000265