# EXHIBIT F

# UNION PACIFIC RAILROAD
## Form C – Part II - Resolution of Reasonable Accommodation Request - Denial

### EMPLOYEE/REQUESTOR INFORMATION

| | | | |
|---|---|---|---|
| Full Name | Perry Hopman | Employee ID | 0436513 |
| Job Title | Conductor | Work Location | North Little Rock |
| Home Phone | 501-249-3453 | Cell Phone # | |
| E-mail Address | Perry.hopman | Hotline Report # | |
| Date of Initial Request | 4/1/16 | Date Denied | 4/4/16 |
| UPRR Representative | Terry Owens | Today's Date | 4/4/16 |

### ACCOMMODATION REQUEST RESOLUTION

1. Accommodation requested (please identify original request):   Requested the use of a service dog while on duty as a conductor

2. Accommodation requested denied due to (check all that apply):

   ☐ Employee/Requestor does not have a disability as defined by the ADA
   ☐ Accommodation ineffective
   ☐ Medical documentation inadequate
   ☐ Accommodation would require removal of essential function
   ☐ Accommodation would require lowering performance or production standard
   ☐ Accommodation violates the applicable collective bargaining agreement
   ☐ Accommodation would cause undue hardship
   ☒ Accommodation would result in a direct threat to health and/or safety
   ☐ Other (please identify):

3. Detailed reason for accommodation denial (must be specific as to why the accommodation would be ineffective or would cause undue hardship, create a direct threat to health/safety, etc.):

A service dog on property cannot be accommodated because it would result in a direct threat to the health and safety of Claimant and other employees. Specifically, the railroad environment is constantly shifting and changing – it is unclear how a service dog would adapt to moving box cars, locomotives and oftentimes loud and dangerous conditions posed by building, dismantling and servicing railcars and trains. Additionally, there is no infrastructure in place to care for an animal, or to ensure that its bodily functions (urine/excrement) can be consistently cleaned in manner to prevent health concerns. Finally, the dog will remain unmonitored in this environment when the Claimant is performing his essential duties, and may pose a risk to co-workers. This is not an all inclusive list but provides few pertinent examples of why this accommodation should be denied.

Fax completed form and all related documentation to 402-501-0067.   Union Pacific Railroad| Updated 9/8/11   1

UPHopman000197

## UNION PACIFIC RAILROAD
### Form C – Part II - Resolution of Reasonable Accommodation Request - Denial

### APPEAL PROCESS

An individual who disagrees with the resolution of the request may ask the Director of EEO/AA to reconsider the decision by contacting the EEO Hotline at 1-866-877-3362 within 10 business days of receipt of this form. Note: Requesting reconsideration does not extend the time limits for initiating administrative, statutory or collective bargaining claims.

### ADDITIONAL COMMENTS

*Employee was asked if he felt safe working without the use of his service dog and replied yes.*

Fax completed form and all related documentation to 402-501-0067.    Union Pacific Railroad| Updated 9/8/11    2