# EXHIBIT G

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# REQUEST FOR WITHDRAWAL OF CHARGE OF DISCRIMINATION

**Instructions to the person requesting withdrawal**: You recently indicated a desire to withdraw your charge. In order to begin such action, please furnish the information below and return this form in the enclosed envelope. As a request for withdrawal of charge is subject to the approval of the Commission, your request will be considered and acted upon when received by this office. Please note that at this time the Commission is still prepared to proceed with your case if you so desire.

| CHARGE NUMBER   493-2016-01086 | DATE   April 26, 2016 |
|---|---|
| AGGRIEVED PARTY   Perry Hopman | RESPONDENT(S)   Union Pacific Rail Road |

### AGGRIEVED PARTY - - COMPLETE INFORMATION BELOW
(Continue on reverse if necessary)

I am aware that the Federal Government protects my right to file a charge and have been advised that it is unlawful for any person covered by the statutes enforced by EEOC to threaten, intimidate, harass or otherwise retaliate against me because I have filed a charge. I have not been coerced into requesting this withdrawal.

I request the withdrawal of my charge because:

It was advised by EEOC official that I wait until I have possession of the service dog.

| DATE   April 26, 2016 | SIGNATURE | FOR EEOC USE ONLY |
|---|---|---|

SEND TO

    Equal Employment Opportunity Commission

    Little Rock Area Office

    820 Louisiana Street, Suite 200

    Little Rock, AR 72201

FOR EEOC USE ONLY:
- ☐ Withdrawal with Settlement
- ☐ Withdrawal without
- ☐ Approve
- ☐ Disapprove

DATE

APPROVING OFFICIAL

EEOC Form 154  (Test 10/94)

Perry A. Hopman vs. Union Pacific Railroad
Charge No.: 493-2017-01392

UPHopman000656

## JOHNNY GLOVER - withdrawal form

**From:**    JOHNNY GLOVER
**To:**       perry.hopman@yahoo.com
**Subject:**  withdrawal form

Mr. Hopman, attached is the withdrawal form we discussed today.  Complete, sign and return to me as soon as possible.

Johnny Glover
Investigator
Equal Employment Opportunity Commission
820 Louisiana St. Suite 200
Little Rock, AR 72201
501/324-6475 (phone)
501/324-5991 (fax)
johnny.glover@eeoc.gov

Perry A. Hopman vs. Union Pacific Railroad
about:blank Charge No.: 493-2017-01392

UPHopman000651
4/26/2016

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 493-2016-01086 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Perry A. Hopman | (501) 249-3453 | 09-08-1975 |

Street Address — City, State and ZIP Code
1006 Miller Cove, Benton, AR 72019

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNION PACIFIC RAILROAD | 500 or More | (888) 877-7267 |

Street Address — City, State and ZIP Code
72114 E. Bethany Road, N Little Rock, AR 72117

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address — City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 04-08-2016   Latest 04-08-2016
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on or about May 5, 2008 as a Conductor. On or about 2008, I was diagnosed with disabilities. On or about April 1, 2016, I requested to be allowed to use a service dog as a reasonable accommodation. On or about April 8, 2016, my request was denied.

The reason given was that a service dog on property cannot be accommodated because it would result in a direct threat to the health and safety of claimant and other employees.

I believe I was denied a reasonable accommodation because of my disability, in violation of The Americans With Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Apr 21, 2016 — Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

RECEIVED APR 21 2016

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Perry A. Hopman vs. Union Pacific Railroad
Charge No.: 493-2017-01392

UPHopman000652

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Perry A. Hopman vs. Union Pacific Railroad
Charge No.: 493-2017-01392

UPHopman000653[48]



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Little Rock Area Office**

820 Louisiana St., Suite 200
Little Rock, AR  72201
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
TTY (501) 324-5481
FAX (501) 324-5991

Please read, initial each line, and sign at the bottom of the page acknowledging that each item
has been discussed with you by the Investigator, and he/she has answered all of your questions.

*PAH*     Informed of my right to file a charge of discrimination: Given a brief verbal outline of
the investigative process including the types of evidence needed to properly investigate
my charge, and that my charge may be dismissed without additional investigation. Given
a brief explanation of EEOC's mediation program and the reason for the mediation
invitation.

*PAH*     Informed that my charge will be served on the employer within 10 days from today.
Informed that I may not be contacted by an Investigator for several weeks from today,
and that the completion of the processing of my charge may take several months.

*PAH*     Informed of my right to retain an attorney, informed that the EEOC must receive a Letter
of Representation from the attorney, and informed that upon receipt of the letter the
EEOC will only communicate with the attorney of record unless otherwise authorized by
the attorney.

*PAH*     Informed with respect to what will happen if the EEOC finds that I have or have not been
a victim of discrimination.

*PAH*     Informed of the importance of my obligation during the investigation of my charge to
keep the Investigator informed of all changes of address, telephone number, contact
person(s), and or/my whereabouts as soon as possible.

*PAH*     Informed and provided a copy of the handout indicating the importance of keeping your
documents both paper and electronic.

*PAH*     Informed that if my charge reaches the investigative stage of the EEOC's process and the
Respondent's statement of position has been received, I may request a copy of the
position statement.

4/21/16
_____
Date

_____
Charging Party

Perry A. Hopman vs. Union Pacific Railroad
Charge No.: 493-2017-01392

UPHopman000654

4/21/16

Walk in interview with Perry Hopman vs. Union Pacific Railroad

DOH: May 5, 2008

Position: Conductor

Supervisor: Josh Davis, Manager of Rail Operations

Denied reasonable accommodation: 4/8/16

CP has served in the Army National Guard for 18 ½ years. CP was medically retired from the Army National Guard in 2015. CP was on active duty for 5 and one half years.

CP was deployed in 2010. CP fell out of a helicopter was about 50 feet in the air. CP had a torn shoulder, pulled muscles, concussion and traumatic brain injury. This injury occurred around the end of 2010 to early 2011.

CP said that Psychiatrist and Neurologist told him that he will benefit if he uses a service dog.

CP states that his service dog is in training for 6 months. CP said he is being proactive and wants to start working with the dog.

CP returned to work in May 2015.

CP requested a reasonable accommodation on April 1, 2016 to Josh Davis, Manager of Rail Operations. CP asked Josh Davis if he had a problem bringing his service dog to work. Josh said he did not have a problem. He said he had to run it up the chain command. CP called a third party company and a report was done via telephone. Around April 4, 2016, the request was denied. CP requested to be able to bring his service dog to work. CP states that his service dog in needed to provide basic services.

CP states that he has mobility issues. CP has PTSD and night terrors. The service dog can make sure that CP takes his medication at the same time each day. He picks things up if he drops them. The dog can turn on lights and off. The service dog can bring CP bottled water so that he can take his medication.

On or about April 8, 2016, CP's request was denied by Terry Owens, Director of Disability Manager in Omaha, Nebraska. Terry stated that a service dog on property cannot be accommodated because it would result in a direct threat to the health and safety of Claimant and other employees. (see letter)

CP does not take any medication for the traumatic brain injury.

Perry A. Hopman vs. Union Pacific Railroad
Charge No.: 493-2017-01392

UPHopman000655

CP takes Ambien to help him sleep, CP takes Cymbalta (120 mgs) for the Post Traumatic Stress Disorder and Minipress (15mgs).

CP is supposed to take the Cymbalta and the Minipress at 2:30 in the afternoon and at night. CP takes the Ambien at 2:30 at night.

CP has not spoken with anyone since he received the letter denying is accommodation request.

CP is currently being treated by Dr. Mark Martindale primary care doctor.  John Spollen is CP's psychiatrist at the VA hospital.  CP said the doctors have not said what will happen if he does not take the medication on time.

CP was counseled regarding EEOC laws, the charge handling procedures and 180 day statute of limitation.  Mediation was discussed.

Johnny L. Glover

Investigator

Perry A. Hopman vs. Union Pacific Railroad
Charge No.: 493-2017-01392

UPHopman000656

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)** 493-2016-01086

**1. Personal Information**

Last Name: HOPMAN        First Name: PERRY        MI: A

Street or Mailing Address: 1006 MILLER COVE        Apt or Unit #: _____

City: BENTON        County: SALINE        State: AR    Zip: 72019

Phone Numbers: Home: (___) _____    Work: (___) _____

Cell: (501) 249-3453        Email Address: PERRY.HOPMAN@YAHOO.COM

Date of Birth: 09 08 1975        Sex: ☒ Male ☐ Female        Do You Have a Disability? ☒ Yes ☐ No

**Please answer each of the next three questions.**    i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?    Please choose all that apply. ☐ American Indian or Alaskan Native  ☐ Asian  ☒ White

☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? USA

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: (b)(6);(b)(7)(C) _____        Relationship: (b)(6);(b)(7)(C)

Address: (b)(6);(b)(7)(C) _____    City: (b)(6);(b)(7)(C) _____    State: (b)(6);(b)(7)(C)    Zip Code: (b)(6);(b)(7)(C)

Home Phone: (___) _____        Other Phone: (b)(6);(b)(7)(C)

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here __ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: UNION PACIFIC RAILROAD

Address: 7211 E BETHANY RD        County: PULASKI

City: NORTH LITTLE ROCK    State: AR  Zip: 72117    Phone: (888) 877-7267

Type of Business: TRANSPORTATION    Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _____        Phone: (877) 275-8747 OPTION #2

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15    ☐ 15 – 100    ☐ 101 – 200    ☐ 201 – 500    ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☐ No

Date Hired: 5/5/08        Job Title At Hire: CONDUCTOR

Pay Rate When Hired: 80%        Last or Current Pay Rate: 100%

Job Title at Time of Alleged Discrimination: CONDUCTOR        Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: MANAGER OF RAIL OPERATIONS (MRO) JOSH DAVIS

Perry A. Hopman vs. Union Pacific Railroad
Charge No.: 493-2017-01392

UPHopman000657

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race  ☐ Sex  ☐Age  ☒ Disability  ☐ National Origin  ☐ Religion  ☐ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): REFUSAL TO ALLOW SERVICE DOG ACCOMODATION

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 4/4/16 _____  Action: DENIED USE OF SERVICE DOG AT WORK

Name and Title of Person(s) Responsible: TERRY OWENS  DIRECTOR OF DISABILITY MANAGEMENT

B. Date: 4/4/16 _____  Action: DENIED USE OF SERVICE DOG AT WORK

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**

**7. What reason(s) were given to you for the acts you consider discriminatory?  By whom? His or Her Job Title?**

**8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.**

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

Perry A. Hopman vs. Union Pacific Railroad
Charge No.: 493-2017-01392

UPHopman000658
53

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

B. _____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

B. _____

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
☑ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
USE OF SERVICE DOG

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☑ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?
SERVICE DOG

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☑ Yes ☐ No
If "Yes," when did you ask? APL/2016    How did you ask (verbally or in writing)? BOTH
Who did you ask? (Provide full name and job title of person)
COMPANY 3RD PARTY EOC HOTLINE TOOK REPORT
Describe the changes or assistance that you asked for: ONLY TO ALLOW SERVICE DOG TO ACCOMPANY ME AT WORK

How did your employer respond to your request? DENIAL OF REQUEST

Perry A. Hopman vs. Union Pacific Railroad
Charge No.: 493-2017-01392                    UPHopman000659 54

3

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

A. _____

_____

B. _____

_____

**14. Have you filed a charge previously on this matter with the EEOC or another agency?** ☑ Yes ☐ No

**15. If you filed a complaint with another agency, provide the name of agency and the date of filing:** _____

3ᵉᵈ PARTY EOC OFFICE CONTRACTED TO HANDLE UNION PACIFIL'S EOC COMPLAINTS

**16. Have you sought help about this situation from a union, an attorney, or any other source?** ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
SERVICE DOG TRAINER   JORDYN MILLER . TOLD ME DENIAL WAS BOGUS AND TO COME HERE.

**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.** If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights.** If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1** ✗ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2** ___ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                                    4/21/16
Signature                                                  Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 USC § 2000e-5(b), 29 USC § 211, 29 USC § 626, 42 USC §12117(a), 42 USC §2000ff-6.
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009