# EXHIBIT I

 **Accommodation**
Perry Hopman   to: prweathe                                           05/05/2017 03:07 PM

History:        This message has been replied to.

This email originated from outside of the company. Please use discretion if opening attachments or clicking on links.

Pauline,

The last time we spoke I was in the process of obtaining my service dog. I now have my service dog full time and would like to once again ask for accommodation which would enable me to bring him to work with me. So I am again officially asking for accommodation.

Thank you.

Perry

UPHopman000269