# EXHIBIT J

# UNION PACIFIC RAILROAD
## Form B – Reasonable Accommodation Request Intake Form

### EMPLOYEE/REQUESTOR INFORMATION

| Full Name | Perry Hopman | Employee ID | 0436513 |
|---|---|---|---|
| Job Title | Thru Freight Conductor | Work Location | North Little Rock |
| Home Phone | 501-249-3453 | Cell Phone # | 501-249-3453 |
| E-mail Address | perry.hopman@yahoo.com | | |
| Employee's Manager | Joshua Davis | Mgr's Phone # | 3183485184 |
| Date of Initial Request | 5/6/17 | Hotline Report # | |
| UPRR Representative | Pauline Weatherford RTWM | Today's Date | 05/09/17 |

### ACCOMMODATION REQUEST

1. What type of accommodation is requested (ie: schedule change, use of equipment, modification of job duties, etc)?

Employee is requesting to be allowed to use his certified service dog while on duty as a thru freight conductor. Request that service dog be allowed to accompany him when walking train; ride within locomotive in down stay command or could be tethered or crated while switching and be allowed to travel to rest location. Originally requested and was denied on 4/4/2016.

The employee believes he can address the listed denial reasons presently as he was not in possession of the service animal at the time of the original request.

1. The service dog received specialized training and certification to perform necessary tasks in varied environments and trained to focus on its work. The dog would remain within 8 inches of the employee at all times when outside the locomotive. Additional orientation and exposure training in working environment can be provided to both service animal and employee.

2. The service dog is trained to not relieve itself for 14 hrs when on duty; the employee can only be on duty for 12 hours

3. The service dog is an extension of the person with a disability and should be viewed as such, they undergo extensive temperament testing and are not accepted as service dogs if they exhibit any aggressive signs. Employee believes there is no direct threat to any persons from the service dog. Would provide short orientation to any employee he is paired with to ensure they understand service dog is working and not to be treated as a pet.

4/4/16 request denied due to: A service dog on property cannot be accommodated because it would result in a direct threat to the health and safety of Claimant and other employees. Specifically, the railroad environment is constantly shifting and changing – it is unclear how a service dog would adapt to moving box cars, locomotives and oftentimes loud and dangerous conditions posed by building, dismantling and servicing railcars and trains. Additionally, there is no infrastructure in place to care for an animal, or to ensure that its bodily functions (urine/excrement) can be consistently cleaned in manner to prevent health concerns. Finally, the dog will remain unmonitored in this environment when the Claimant is performing his essential duties, and may pose a risk to co-workers. This is not an all inclusive list but provides few pertinent examples of why this accommodation should be denied.

If uncertain, do you have any suggestions we can explore?

2. Does the employee/applicant have a physical or mental impairment?    x Yes    ☐ No

   If yes, what is the impairment?
Anxiety and fatigue

3. Is the impairment long-term or permanent?    X Yes ☐ No

   If no, how long will the impairment likely last?   Duration vary widely, and diagnostically is typically referred to by the stage/phase of recovery

Fax completed form and all related documentation to 402-501-0067.    Union Pacific Railroad| Updated 8/16/11    2

UPHopman000271

# FUNCTIONAL LIMITATIONS

*Answer the following questions based on what limitation the employee has when his/her condition is in an active state and what limitations the employee would have if no mitigating measures were used. Mitigating measures include things such as medication, medical supplies, equipment, hearing aids, mobility devices, the use of assistive technology, reasonable accommodations, or auxiliary aids or services, prosthetics, and learned behavioral or adaptive neurological modifications. Mitigating measures do not include ordinary eyeglasses or lenses.*

5. Functional limitation(s) interfering with job performance, benefits or application processes (check all that apply):

| | | | |
|---|---|---|---|
| ☐ Caring for Self | X Interacting with Others | ☐ Performing Manual Tasks | ☐ Breathing |
| ☐ Working | ☐ Walking | ☐ Standing | ☐ Reaching |
| ☐ Thinking | ☐ Toileting | ☐ Hearing | ☐ Seeing |
| ☐ Speaking | ☐ Learning | ☐ Sitting | ☐ Lifting |
| X Sleeping | X Concentrating | ☐ Reproduction | X Other |

If other, please identify:

Remembering to take medication at exact time daily
Difficulties with autonomic regulation, i.e blood pressure (physical symptoms of anxiety and panic)

6. What limitations is/are interfering with job performance?

Increased fatigue due to difficulties sleeping, i.e. anxiety and night terrors which increases vulnerability to anxiety and panic when walking train. Possible impact on focus.

7. What job function(s) is the employee having trouble performing because of the limitation?
Currently able to function but is experiencing increased anxiety, fatigue and difficulties concentrating when service dog is not present performing trained tasks. Fearful will lead to inability to perform essential functions without the accommodation as the service dog provides direct specific interventions to assist in addressing and remediating limitations.