# EXHIBIT M

# UNION PACIFIC RAILROAD
## Form C – Part I – Resolution of Reasonable Accommodation Request – Approval

### EMPLOYEE/REQUESTOR INFORMATION

| Full Name | Perry Hopman | Employee ID | 0436513 |
|---|---|---|---|
| Job Title | conductor | Work Location | NLR |
| Home Phone | 501-249-3453 | Cell Phone # | |
| E-mail Address | Perry.Hopman@up.com | Hotline Report # | |
| Date of Initial Request | 05/06/17 | Date Approved | |
| UPRR Representative | Pauline Weatherford | Today's Date | 06/22/17 |

### ACCOMMODATION REQUEST RESOLUTION

1. Accommodation requested (please identify original request):   To allow the use of service dog in the performance of his essential functions while working as a thru freight conductor. Mr. Hopman's position entails overnight travel. The employee indicates that service animal would be needed to travel with him to assist with his health/medical needs while sleeping.

2. Accommodation requested: ☐ Approved as specifically requested  **X Approved, but different from original request**

3. If the accommodation offered is different from the original request, identify the following:

   a. Reason(s) for the denial of the original accommodation request:   Alternatives were explored with the employee as it was determined that the request would cause an undue hardship on the employer and may result in a direct threat to health and safety of the employee and others.

   b. Why the alternative accommodation would be effective:   Effective use of seniority to move into a yard position that would eliminate the need for overnight stays which impacted his condition without the accompaniment of his service dog, however employee felt this would be a financial disadvantage. He is going to apply for FMLA if and when the potential for impact of condition on ability to perform essential functions needs to be remediated thru time off from work.

Fax completed form and all related documentation to 402-501-0067.   Union Pacific Railroad| Updated 8/16/11   1

UPHopman000273

4. If an alternative accommodation was offered, indicate if it was:  x Accepted      ☐ Rejected

## UNION PACIFIC RAILROAD
## Form C – Part I - Resolution of Reasonable Accommodation Request – Approval

**ADDITIONAL COMMENTS**

5. If applicable, may include additional information employee needs regarding the approved accommodation, steps needed to implement the accommodation, when the accommodation will be implemented, etc.

Employee accepted the FMLA suggestion but stated that he "completely disagrees" with the denial of his request accommodation, he stated he will seek alternative sources to appeal decision.

Fax completed form and all related documentation to 402-501-0067.        Union Pacific Railroad| Updated 8/16/11     2

# UNION PACIFIC RAILROAD
## Form C – Part I – Resolution of Reasonable Accommodation Request – Approval

### EMPLOYEE/REQUESTOR INFORMATION

| | | | |
|---|---|---|---|
| **Full Name** | Perry Hopman | **Employee ID** | 0436513 |
| **Job Title** | conductor | **Work Location** | NLR |
| **Home Phone** | 501-249-3453 | **Cell Phone #** | |
| **E-mail Address** | Perry.Hopman@up.com | **Hotline Report #** | |
| **Date of Initial Request** | 05/06/17 | **Date Approved** | |
| **UPRR Representative** | Pauline Weatherford | **Today's Date** | 06/22/17 |

### ACCOMMODATION REQUEST RESOLUTION

1. Accommodation requested (please identify original request):    To allow the use of service dog in the performance of his essential functions while working as a thru freight conductor. Mr. Hopman's position entails overnight travel. The employee indicates that service animal would be needed to travel with him to assist with his health/medical needs while sleeping.

2. Accommodation requested: ☐ Approved as specifically requested  **X Approved, but different from original request**

3. If the accommodation offered is different from the original request, identify the following:

   a. Reason(s) for the denial of the original accommodation request:   Alternatives were explored with the employee as it was determined that the request would cause an undue hardship on the employer and may result in a direct threat to health and safety of the employee and others.

   b. Why the alternative accommodation would be effective:   Effective use of seniority to move into a yard position that would eliminate the need for overnight stays which impacted his condition without the accompaniment of his service dog, however employee felt this would be a financial disadvantage. This also doesn't address the need requested in the performance of his essential functions. He is going to apply for FMLA if and when the potential for impact of condition on ability to perform essential functions needs to be remediated thru time off from work.

Fax completed form and all related documentation to 402-501-0067.    Union Pacific Railroad| Updated 8/16/11

UPHopman000275

4. If an alternative accommodation was offered, indicate if it was: ☐ Accepted    X Rejected

# UNION PACIFIC RAILROAD
## Form C – Part I - Resolution of Reasonable Accommodation Request – Approval

**ADDITIONAL COMMENTS**

5. If applicable, may include additional information employee needs regarding the approved accommodation, steps needed to implement the accommodation, when the accommodation will be implemented, etc.

Employee accepted the FMLA suggestion but stated that he "completely disagrees" with the denial of his request accommodation, he stated he will seek alternative sources to appeal decision.

** Employee comments:

**I do not concur with the the findings of the investigative team. Their suggestion of working in the yard as a suitable solution to this issue baffles me. The yard is a more dangerous working environment, and has multiple stressors that my current job does not. Furthermore, it pays less than my current position which will cause me an undue financial hardship. The offer for a yard job feels more like a punishment rather than a solution. Atlas does more than just help with my sleeping, he is a medical necessity prescribed by a doctor to preform certain tasks that allow me to be a productive person. I feel the company is focused solely on the sleeping aspect, and not at all on the many other tasks the dog has been specificity trained to do for me. The recommendation of utilizing FMLA has the same issue of an unnecessary financial hardship, and is not a viable option. I'm unsure of exactly why it is believed that the medically prescribed service dog would pose a threat to safety for me, or others when he is specifically trained to do the opposite. I have had conversations with my current co-workers about the prospect of bringing Atlas on the train, and there were absolutely no adverse responses. In fact, they all seemed very open to the idea of having him at work after having discussed the dog's training in depth. I truly believe that if the investigative team would have actually had the same type of in depth conversations with me and my dog trainer, a lot of the questions and concerns could have been addressed thus leading to a completely different outcome. Unfortunately, that did not occur and the investigative team relied on misinformation that had nothing to do with me or my service animal.**