# EXHIBIT N



Perry Hopman <perry.hopman@yahoo.com>
06/22/2017 12:51 PM

To "Pauline R. Weatherford" <prweathe@up.com>
cc
bcc
Subject Re: here you go

This email originated from outside of the company. Please use discretion if opening attachments or clicking on links.

Mrs. Pauline,

I'm in total disagreement with what's stated on this form. It says accommodation was approved but different from original request. My request for accommodation was in no way approved for original request or alternative. We discussed the yard option briefly, it was not explored, it is not a viable option. My service animal does a lot more than just help me with sleep. This form is making it seem like atlas is solely a psych dog, which couldn't be further from reality. Overnight stays are not the sole need for the animal. Yes I have PTSD, which is part of the need for dog. Not main focus. We also discussed briefly the effects of working in the yard and how there a myriad of other stressors, however there's no mention of that. I also never stated that he would assist me in essential functions while on duty, these animals are highly trained amazing dogs, but he can't ride on the side of box car. I'm not understanding where the information on this form is coming from.

On Jun 22, 2017, at 11:18 AM, Pauline R. Weatherford <prweathe@up.com> wrote:

Here is the form, I noted at the bottom your disagreement with the decision and your desire to seek outside resources to appeal the decision. I will close this accommodation request but please let me know if I can assist you any other way or if there are other questions.

**Pauline R. Weatherford, MS, CRC**
**Return To Work Manager, Southern Region**
Union Pacific Railroad   6800 Kirkpatrick   Houston TX 77028
P: 713-577-0674   prweathe@up.com
C: 832-726-5184
F: 402-271-4265

**I build Integrity. What will you build?**
**UP.jobs**

\*\*

This email and any attachments may contain information that is confidential and/or privileged for the sole use of the intended recipient. Any use, review, disclosure, copying, distribution or reliance by others, and any forwarding of this email or its contents, without the express permission of the sender is strictly prohibited by law. If you are not the intended recipient, please contact the sender immediately, delete the e-mail and destroy all copies.

UPHopman000928

\*\*
<Weatherford_Pauline.vcf>
<Hopman 0436513 Form C approval 060917.pdf>

UPHopman000929