# EXHIBIT P



# Transcript of John Holland, M.D.

**Date:** February 5, 2019
**Case:** Hopman -v- Union Pacific Railroad

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF ARKANSAS
 3      PERRY HOPMAN,                    )Civil Action
                                         )Number:
 4              PLAINTIFF,                )4:18-cv-74-KGB
                                         )
 5      V.                                )
                                         )
 6      UNION PACIFIC RAILROAD,           )
                                         )
 7              DEFENDANT.                )TAKEN ON BEHALF
        _____ )OF PLAINTIFF
 8
 9
10
11
12         VIDEOTAPED DEPOSITION OF JOHN HOLLAND, M.D.,
13      taken before Cheryl A. Rooney, RPR, and General Notary
14      Public within and for the State of Nebraska, beginning
15      at 3:38 p.m., on February 5, 2019, at Welsh & Welsh,
16      P.C., L.L.O.; 9290 W. Dodge Road, #204, Omaha,
17      Nebraska.
18
19
20
21
22
23
24
25
```

```
1                        APPEARANCES

2    FOR THE PLAINTIFF:

3    MR. JOHN W. GRIFFIN, JR., ESQ.
     MAREK, GRIFFIN & KNAUPP
4    203 N. Liberty Street
     Victoria, TX 77901
5    (361) 573-5500
     jwg@lawmgk.com
6

7    FOR THE DEFENDANT:

8    MR. TORRY N. GARLAND, ESQ.
     SENIOR COUNSEL
9    UNION PACIFIC RAILROAD
     1400 Douglas Street, Stop 1580
10   Omaha, NE 68179-1580
     (402) 544-3135
11   tngarlan@up.com

12   Also Present: Lisa Olsen, Videographer

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of John Holland, M.D.
Conducted on February 5, 2019

78

1   in 2015, was he released back to work by his
2   treating physician or psychiatrist with restrictions
3   that said he could not perform the essential
4   functions of his job without a service animal.
5       A.   No.  When he came back from his military
6   service to Union Pacific, part of the process was
7   for him to fill out a health history form when he
8   had his returned medical evaluation.  He was
9   specifically asked if he had any health conditions
10  that would affect his safety at work, whether he had
11  any work restrictions placed on him, and whether he
12  needed any accommodations.  And he answered no to
13  that question.
14      Q.   And to your knowledge, as chief medical
15  officer, has Mr. Hopman provided you any medical or
16  psychiatric record from his treating physician or
17  psychiatrist that says he cannot perform his job
18  duties as a conductor or trainman without the
19  accommodation or the use of a service animal?
20      A.   No.
21              MR. GARLAND:  I have nothing further.
22              MR. GRIFFIN:  I guess we should
23  change tapes.
24              VIDEOGRAPHER:  The time is 5:39 p.m.
25  Counsel, we're off the record.

Transcript of John Holland, M.D.
Conducted on February 5, 2019                                                88

```
 1                  C E R T I F I C A T E
 2           STATE OF NEBRASKA     )
                                   ) Ss.
 3           COUNTY OF DOUGLAS     )
 4           I, Cheryl A. Rooney, Registered
 5   Professional Reporter, General Notary Public within
 6   and for the State of Nebraska, do hereby certify
 7   that the foregoing testimony of JOHN HOLLAND, M.D.
 8   was taken by me in shorthand and thereafter reduced
 9   to typewriting by use of Computer-Aided
10   Transcription, and the foregoing Eighty-Eight pages
11   contain a full, true and correct transcription of
12   all the testimony of said witness, to the best of my
13   ability;
14           That I am not a kin or in any way
15   associated with any of the parties to said cause of
16   action, or their counsel, and that I am not
17   interested in the event thereof.
18           IN WITNESS WHEREOF, I hereunto affix my
19   signature and seal this 11th of February, 2018.
20           [Signature: Cheryl A. Rooney]  [Seal: General Notary - State of Nebraska
21                                           CHERYL A. ROONEY
                                             My Comm. Exp. Nov. 24, 2022.]
22           CHERYL A. ROONEY, RPR
             GENERAL NOTARY PUBLIC
23           Registered Professional Reporter
24           My Commission Expires:  November 24, 2022
25
```