# EXHIBIT Q



Pauline R. Weatherford/UPC
07/25/2018 03:57 PM

To  Perry Hopman <perry.hopman@yahoo.com>
cc
bcc
Subject  Re: Atlas

Thanks Mr. Hopman, I will use your written info but I do want to talk to you and go thru it to make sure I don't miss anything. Also sometimes when we talk it through it might make us think of something else to address.

Will you be available tomorrow for a call?

**Pauline R. Weatherford, MS, CRC, SHRM-CP**
**Analyst Disability/RTW Southern Region**
Union Pacific Railroad   6800 Kirkpatrick   Houston TX 77028
P: 713-577-0674   prweathe@up.com
C: 832-726-5184
F: 402-271-4265

**I build Integrity. What will you build?**
**UP.jobs**

From:   Perry Hopman <perry.hopman@yahoo.com>
To:     prweathe@up.com
Date:   07/25/2018 03:19 PM
Subject: Atlas

This email originated from outside of the company. Please use discretion if opening attachments or clicking on links.

Hello Mrs. Weatherford, this is the easiest way for me to answer these questions. We can still address them on the phone if you like.

Atlas

How would you transport Atlas into the cab maintaining our safety protocols, rules. 3 and 4 point contact.
I have a portable foldable ramp. It folds into a backpacks, and weighs only 3 lbs. I would remove ramp from back pack, unfold, place ramp on step/s of locomotive, give atlasa command and he walks right up ramp and onto locomotive platform and waits for me. I fold up ramp, place back into back pack, climb steps adhering to all applicable rules, open locomotive door and we enter locomotive.

UPHopman000831

Loading grip, supplies luggage while Atlas is with you.

Atlas has no effect on me loading my grip, supplies for train or any luggage.

Maintain safety rules/concentration while Atlas accompanies you "walking the train"

Atlas doesn't have to walk the entire train in order to assist me. He will remain where I give him his command to stay.

Dealing with Cab Red Zones.

Atlas will have no effect on my or the engineers ability to manage a cab red zone. Just like the alerter, PTC (positive train control) screens, chirping sounds and radio traffic have no effect.

Unpredictability of movements and other people within yard.

Atlas has been exposed to and trained not to respond to loud noises. To ignore other people and animals. He's ridden in cars, planes, boats and even roller coasters. As you will see, he is a highly trained disciplined service dog.

Anything else you wanted to discuss that you feel you didn't get the opportunity to.

I would appreciate the opportunity to visit with you about ways to make this work. It's my goal to talk honestly about Atlas and make sure that he is evaluated on his own service dog capabilities and not on speculation about him or other service animals. What I can tell you is that Atlas has really helped me avoid flashbacks and the like, due to my PTSD. I know that he will make me an even better worker than I already am. Hope we can meet so that I can show you. I look forward to meeting with you at your convenience.

Thank you.

Perry

 - Weatherford_Pauline.vcf   - Weatherford_Pauline.002.vcf



Perry Hopman <perry.hopman@yahoo.com>
09/27/2018 07:42 PM

To "Pauline R. Weatherford" <prweathe@up.com>
cc
bcc
Subject Re: ramp

This email originated from outside of the company. Please use discretion if opening attachments or clicking on links.

Mrs. Pauline,

Haven't received the ramp back yet. They are waiting on some parts to reconfigure some of the hinge technology. Like I've said before, this is a total custom piece that is being made just for me and Atlas. I'll let you know the minute it gets here, I'm excited for the opportunity to show the railroad exactly what a properly trained service dog can do.

Perry.

On Sep 27, 2018, at 11:18 AM, Pauline R. Weatherford <prweathe@up.com> wrote:

Hi Mr. Hopman,

Did you get the ramp back yet?

**Pauline R. Weatherford, MS, CRC, SHRM-CP**
**Vocational Case Manager Southern Region**
Union Pacific Railroad   6800 Kirkpatrick   Houston TX 77028
P: 713-577-0674 prweathe@up.com
C: 832-726-5184
F: 402-271-4265

**I build Integrity. What will you build?**
  **UP.jobs**

\*\*

This email and any attachments may contain information that is confidential and/or privileged for the sole use of the intended recipient. Any use, review, disclosure, copying, distribution or reliance by others, and any forwarding of this email or its contents, without the express permission of the sender is strictly prohibited by law. If you are not the intended recipient, please contact the sender immediately, delete the e-mail and destroy all copies.

\*\*
<Weatherford_Pauline.vcf>

UPHopman000838



| | |
|---|---|
| Perry Hopman <perry.hopman@yahoo.com><br>09/07/2018 01:21 PM | To "Pauline R. Weatherford" <prweathe@up.com><br>cc<br>bcc<br>Subject Re: Engineer school |

This email originated from outside of the company. Please use discretion if opening attachments or clicking on links.

Ok. In the meantime, can we get a training date/time and location for my trainer to take the required training? Will steel toed boots be required for the class? How about other PPE for that matter?

Perry

On Sep 4, 2018, at 8:47 AM, Pauline R. Weatherford <prweathe@up.com> wrote:

I'm sorry Mr. Hopman, I did see your emails, Noted, just waiting on when you physically have the ramp back in your hands.

I can not provide you answer regarding Atlas and attending Engineer school as we are still working the process, Previously, the request for Atlas to accompany you while you are on duty in the yard was denied. I would certainly explore the request to attend school with you but we would have to have all the info on the class, dates, location, environment etc. etc. I can't give you any and insight one way or the other, let me know and I would make the request.

## Pauline R. Weatherford, MS, CRC, SHRM-CP
**Vocational Case Manager Southern Region**
Union Pacific Railroad   6800 Kirkpatrick   Houston TX 77028
P: 713-577-0674   prweathe@up.com
C: 832-726-5184
F: 402-271-4265

**I build Integrity. What will you build?**
  UP.jobs

From:    Perry Hopman <perry.hopman@yahoo.com>
To:      prweathe@up.com
Date:    08/31/2018 01:06 AM
Subject: Engineer school

This email originated from outside of the company.  Please use discretion
if opening attachments or clicking on links.

UPHopman000839

Howdy Mrs. Pauline, North Little Rock is having their first engineer class since my return to work in 2015. I have put my bid in to attend the class. Do you think there is going to be any issues for accommodation to have Atlas accompany me?

Spoke to my ramp manufacturer, Tentative dates for ramp to be shipped is September 12-15th.

Thanks
Perry

\*\*

This email and any attachments may contain information that is confidential and/or privileged for the sole use of the intended recipient. Any use, review, disclosure, copying, distribution or reliance by others, and any forwarding of this email or its contents, without the express permission of the sender is strictly prohibited by law. If you are not the intended recipient, please contact the sender immediately, delete the e-mail and destroy all copies.

\*\*
<Weatherford_Pauline.vcf>