**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**PERRY HOPMAN**                                                                          **PLAINTIFF**

**v.**                                          **Case No. 4:18-cv-00074-KGB**

**UNION PACIFIC RAILROAD**                                                       **DEFENDANT**

## ORDER

The Court conducted a telephone conference with the parties on September 24, 2020, during which Union Pacific Railroad ("Union Pacific") orally moved to continue the trial scheduled to begin September 28, 2020.  Mr. Hopman opposed the motion.  After considering the statements made on the record and arguments from counsel, the Court determined that the trial should be continued.  This case is removed from the Court's trial calendar for the week of September 28, 2020, and the Court will enter an amended final scheduling resetting the trial by separate order.

So ordered this the 25th day of September, 2020.

_Kristine G. Baker_

Kristine G. Baker
United States District Court Judge