IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **LEODIS RANDLE** <br> Plaintiff | **JUDGE**: Kristine G. Baker <br> **REPORTERS**: Karen Dellinger, Suzanne McKennon and Elaine Hinson |
| Attorneys: John Griffin, Michael Neuerburg and Katherine Butler | **CRD**: Tracy Washington <br> **DATE**: July 12, 2021 |
| v. | Case No. 4:18-cr-00074 KGB |
| **UNION PACIFIC RAILROAD** <br> Defendant <br> Attorney: Linda Schoonmaker, Torriano Garland Brian Wadsworth, Robert Carty | |

## MINUTES – JURY TRIAL

| TIME | *DAY 1, Monday, July 12, 2021 (Court Reporters: Karen Dellinger and Suzanne McKennon)* |
|---|---|
| 9:05 | Court in session; The Court takes up pretrial matters including stipulation of exhibits, statement of the case, defendant's proposed voir dire questions, stipulation of the parties, motions *in limine*; Objections to certain revised slides for plaintiff's opening statements; defense request for a potential visit for jury to observe a live rail yard or in the alternative a request for permission to bring a cab of a locomotive to the courthouse for the jury to view; Defense further requests to be placed on a clock 12 hours per side to put on testimony; |
| 9:35 | Recess; |
| 9:50 | Court back in session; The Court takes up the stipulation of the parties; Objections to slides withdrawn; concerns about dog in courtroom; |
| 10:12 | Court back in session outside the presence of the potential jurors; The Court takes up defense stipulated exhibits; The Court notes that potential jurors 6 and 7 are husband and wife; |
| 10:20 | Potential jurors enter courtroom; |
| 10:24 | 18 names called; The Court gives preliminary instructions; |
| 10:33 | The Court begins voir dire; |
| 11:31 | Potential jurors dismissed for short break; |
| 11:32 | Court in session outside the presence of the potential jurors; |
| 11:36 | Recess |
| 11:47 | Court in session outside the presence of the jury panel; |
| 11:48 | Potential jurors returned to courtroom; |
| 11:49 | The Court continues with voir dire; |
| 12:00 | Plaintiff begins voir dire; |
| 12:47 | Defense begins voir dire; |

| | |
|---|---|
| 1:04 | Potential jurors dismissed for break for peremptory strikes; |
| 1:04 | Court in session outside the presence of the jury; The Court takes up issues with potential jurors; |
| 1:08 | Recess; |
| 1:30 | Court in session outside the presence of the jury; |
| 1:30 | Jury panel returned to courtroom; |
| 1:32 | 12 names called and sworn; |
| 1:35 | Remaining panel members dismissed from further service; |
| 1:37 | Jury dismissed for lunch; |
| 1:38 | Court in session outside the presence of the jury |
| 1:43 | Recess; |
| 2:40 | Court in session outside the presence of the jury; The parties discuss juror's requests to attend funeral and other juror potential conflicts; |
| 2:47 | Jury returned to jury box; The Court gives preliminary instructions to jury; |
| 3:03 | Plaintiff begins opening statements; |
| 3:54 | Jury dismissed for the day to return tomorrow to be placed in the box by 9:00 a.m. |
| 3:57 | Court in session outside the presence of the jury; |
| 4:01 | Court adjourned |
| **TIME** | ***DAY 2, Tuesday, July 13, 2021 (Court Reporters: Suzanne McKennon and Elaine Hinson)*** |
| 8:40 | Court in session outside the presence of the jury; The Court takes up juror's request to attend funeral; After arguments from counsel, the Court determines that the juror will be released; The parties discussed deposition transcripts and options to proceed, defense's motion for reconsideration re direct threat; Rule invoked; |
| 8:55 | Recess; |
| 9:09 | Court back in session outside the presence of the jury; |
| 9:09 | Jury returned to jury box; Juror #10 excused; |
| 9:11 | Defense begins opening statements; |
| 9:49 | Defense concludes opening statements; |
| 9:50 | Plaintiff calls Jay Everett as Witness No. 1; Mr. Everett appears via video deposition; |
| 10:36 | Jurors dismissed for morning break; |
| 10:37 | Court back in session outside the presence of the jury; |
| 10:38 | Recess; |
| 10:55 | Court back in session outside the presence of the jury; |
| 10:56 | Jury returned to jury box; Video deposition continues; |
| 11:06 | Video deposition of Jay Everett concludes; Plaintiff calls Rodney Doerr as Witness No. 2; Mr. Doerr appears via video deposition; |
| 11:26 | Mr. Doerr's video deposition testimony concludes; |
| 11:32 | Plaintiff calls Mr. Doerr to testify live; Direct examination by John Griffin begins; |
| 12:15 | Jury dismissed for lunch break; |
| 12:17 | Court in session outside the presence of the jury; |
| 12:18 | Recess; |
| 1:28 | Court back in session outside the presence of the jury; The Court takes up matters regarding upcoming cross examination; |
| 1:32 | Jury returned to jury box; |

| 1:33 | Cross examination of Mr. Doerr by Torry Garland begins; |
|---|---|
| 2:46 | Jury dismissed for afternoon break; |
| 2:46 | Court in session outside the presence of the jury; |
| 2:47 | Recess; |
| 3:09 | Court back in session outside the presence of the jury; The Court takes up 30(b)(6) hearsay and admissibility of deposition testimony or testimony offered live on the stand by individuals who have been designated as representatives; |
| 3:11 | Jury returned to jury box; Cross examination continues; |
| 4:02 | Jury dismissed for afternoon break; |
| 4:03 | Court in session outside of the jury |
| 4:03 | Recess; |
| 4:08 | Court in session outside the presence of the jury; The Court discusses Mr. Doerr's deposition testimony re yard jobs; |
| 4:14 | Jury returned to jury box; Cross examination continues; |
| 4:30 | Jury release for break; |
| 4:31 | Court in session outside the presence of the jury; |
| 4:31 | Recess; |
| 4:42 | Court back in session; Jury returned to the jury box; Cross examination continues; |
| 4:44 | Cross examination concludes; Redirect examination begins; Plaintiff's Exhibit 26 admitted; |
| 5:06 | Redirect examination concludes; No recross; Witness excused; Jury dismissed for the day to return at 9:00 on 07/14/21; |
| 5:08 | Court in session outside the presence of the jury; |
| 5:11 | Court adjourned. |
| **TIME** | ***DAY 3, Wednesday, July 14, 2021 (Court Reporters: Elaine Hinson and Suzanne McKennon)*** |
| 9:03 | Court in session outside the presence of the jury; The parties discuss hearsay regarding a 30(b)(6) witness; Will take up again at lunch hour; |
| 9:08 | Jury returns to jury box; Plaintiff calls Pauline Weatherford as Witness No. 3; Ms. Weatherford appears via video deposition; |
| 9:34 | Video deposition concludes; Defense reserves its direct examination until their case-in-chief; |
| 9:34 | Plaintiff calls Paul Birchfield as Witness No. 4; Mr. Birchfield appears via video deposition; |
| 9:44 | Jury released for morning break; |
| 9:44 | Court in session outside the presence of the jury; |
| 9:45 | Recess; |
| 9:55 | Court in session outside the presence of the jury; |
| 9:56 | Jury returned to the jury box; Mr. Birchfield's video testimony continues; |
| 10:44 | Mr. Birchfield's video testimony concludes; |
| 10:45 | Cross examination via video begins; |
| 10:46 | Jury dismissed for break; |
| 10:46 | Court in session outside the presence of the jury; |
| 10:47 | Recess; |
| 11:03 | Court back in session outside the presence of the jury; |

| | |
|---|---|
| 11:03 | Jury returned to jury box; |
| 11:04 | Cross examination of Mr. Birchfield via video continues; |
| 11:33 | Cross examination via video concludes; |
| 11:33 | Plaintiff calls Don Deckard as Witness No. 5; Direct examination by John Griffin begins; |
| 11:45 | Jury dismissed for lunch break; |
| 11:46 | Court back in session outside the presence of the jury; The Court takes up issues regarding opinion testimony of Mr. Deckard; |
| 11:53 | Recess; |
| 12:45 | Court back in session outside the presence of the jury; The Court takes up the defendant's objection re lay witness opinion testimony; |
| 1:07 | Jury returned to jury box; Direct examination of Mr. Deckard continues; |
| 1:29 | Direct examination concludes; Cross examination by Torry Garland begins; |
| 1:31 | Cross examination concludes; No redirect examination; Witness excused; |
| 1:32 | Plaintiff calls Jordyn Miller as Witness No. 6; Direct examination by Kathy Butler begins; |
| 2:10 | Direct examination concludes; Cross examination begins; |
| 2:13 | Cross examination concludes; Witness excused; |
| 2:14 | Jury dismissed for afternoon break; |
| 2:14 | Court in session outside the presence of the jury; |
| 2:20 | Recess; |
| 2:35 | Court back in session outside the presence of the jury; |
| 2:36 | Jury returned to jury box; |
| 2:36 | Plaintiff calls Bruce Bombeck as Witness No. 7; Mr. Bombeck appears via video deposition; |
| 2:55 | Mr. Bombeck's testimony concludes; The defense reserves their cross examination for their case in chief; |
| 2:56 | Plaintiff calls Sam Shirley as Witness No. 8; Direct examination by John Griffin begins; |
| 3:09 | Direct examination concludes; Cross examination by Torry Garland begins; |
| 3:11 | Cross examination concludes; Redirect examination begins; Recross examination begins and concludes; Witness excused; |
| 3:13 | Plaintiff, Perry Hopman, is called as Witness No. 9; |
| 3:14 | Direct examination by Kathy Butler begins; |
| 4:26 | Jury dismissed for break; |
| 4:27 | Court in session outside the presence of the jury; |
| 4:27 | Recess; |
| 4:37 | Court back in session outside the presence of the jury; |
| 4:38 | Jury returned to jury box; Direct examination of Mr. Hopman continues; |
| 5:07 | Direct examination concludes; Cross examination by Linda Schoonmaker begins; Defendant's Exhibit 19 admitted; |
| 5:31 | Jury dismissed for the day; |
| 5:32 | Court back in session outside the jury; |
| 5:39 | Court adjourned; |

| TIME | DAY 4, Thursday, July 15, 2021 (Court Reporters: Suzanne McKennon and Elaine Hinson) |
|---|---|
| 8:25 | Court in session outside the jury; Plaintiff's Exhibits 42-46 (for Court only) admitted; |
| 8:28 | Jury returned to jury box; Cross examination of Perry Hopman continues; Defendant's Exhibit 47 admitted at side bar; |
| 9:13 | Cross examination concludes; Redirect examination begins; |
| 9:19 | Redirect examination concludes; No recross examination; Witness excused; Plaintiff rests; |
| 9:20 | Jury dismissed for morning break; |
| 9:22 | Court in session outside the presence of the jury; The Court takes up issues regarding Mr. Doerr's testimony; Courts Exhibit 1 admitted (email to Court re Mr. Doerr's testimony) |
| 9:32 | Recess; |
| 9:44 | Court back in session; The Court denies the motion regarding Mr. Doerr's testimony (Dkt. No. 175) in open court; |
| 9:45 | Jury returned to jury box; |
|  | Defendant calls Pauline Weatherford as Defense Witness No. 1; Ms. Weatherford appears via video deposition; |
| 10:19 | Video deposition concludes; Cross examination via video deposition begins; |
| 10:21 | Cross examination concludes; |
| 10:27 | Jury dismissed for break; |
| 10:28 | Court in session outside the presence of the jury; The parties discuss witness Patrick Graham's upcoming testimony; |
| 10:40 | Recess |
| 10:53 | Court back in session outside the presence of the jury; |
| 10:55 | Jury returned to jury box; Plaintff calls Patrick Graham as Defense Witness No. 2; Direct examination by Torry Garland begins; |
| 11:19 | Direct examination concludes; Cross examination by Kathy Butler begins; |
| 11:26 | Cross examination concludes; No redirect examination; Witness excused; |
| 11:34 | Defense calls Greg Thompson as Witness No. 3; Direct examination by Brian Wadsworth begins; |
| 11:47 | Direct examination concludes; Cross examination by John Griffin begins; |
| 11:56 | Cross examination concludes; Redirect examination begins and concludes; Recross examination begins; |
| 11:57 | Re-cross examination concludes; Witness excused; |
| 11:58 | Jury dismissed for lunch; |
| 11:59 | Court in session outside the presence of the jury; |
| 11:59 | Recess; |
| 1:15 | Court in session outside the presence of the jury; The Court takes up issue re number of employees Mr. Hopman worked with; Issues resolved by counsel; The Court discusses posture of case and options to proceed; |
| 1:20 | Jury returned to jury box; |
| 1:20 | Defendant calls Jay Everett as Witness No. 4; Direct examination by Linda Schoonmaker begins; |
| 1:42 | Direct examination concludes; Cross examination by John Griffin begins; |

| | |
|---|---|
| 1:58 | Cross examination concludes; Redirect examination begins; |
| 1:59 | Redirect examination concludes; Recross examination begins; |
| 2:00 | Recross examination concludes; Witness; excused; Defense rests; |
| 2:00 | Plaintiff begins rebuttal; Perry Hopman returns to the stand; Direct examination by Kathy Butler begins; |
| 2:05 | Direct examination concludes; No cross examination; Plaintiff rests; |
| 2:06 | Jury dismissed for afternoon break; |
| 2:07 | Court in session outside the presence of the jury; The parties discuss posture of case and options to proceed; |
| 2:09 | Recess; |
| 2:26 | Court back in session; Jury returned to the jury box |
| 2:27 | Jury dismissed for the day to return tomorrow at 9:30 |
| 2:28 | Court back in session outside the presence of the jury; |
| 2:32 | Recess; |
| 3:10 | Court back in session outside the presence of the jury; The Court discusses the jury instructions and options to proceed; |
| 3:12 | Recess; |
| 4:21 | Court back in session outside the presence of the jury; The Court conducts preliminary jury instructions conference; |
| 5:12 | Recess; |
| 5:34 | Court back in session outside the presence of the jury; The parties wish to present Rule 50 motions; Plaintiff wishes to proceed orally; Defendants wish to submit motion in writing; |
| 5:37 | Plaintiff begins Rule 50 motion and motion for directed verdict; |
| 5:45 | The Court takes up proposed jury charge; |
| 5:48 | The defense moved for a trial amendment to assert the affirmative defense of direct threat; |
| 5:49 | The plaintiff responds; |
| 5:50 | The defendant replies; |
| 5:51 | The Court takes the motion under advisement; |
| 5:52 | Court adjourned. |
| **TIME** | ***DAY 5, Friday, July 16, 2021 (Court Reporters: Suzanne McKennon)*** |
| 8:21 | Court in session outside the presence of the jury; The Court took up the plaintiff's motion for judgment as a matter of law and the defendant's response to same; The plaintiff withdraws the Rule 50 motion with respect to the undue hardship defense; The Court denies the motion for judgement of law as to both points; The Court takes up defendant's motion for judgment as a matter of law to which the plaintiff responds in open court; Motion denied in open court (Dkt. No. 177); The Court denies the motion for direct threat defense in open court; |
| 8:33 | The Court begins jury instructions conference; |
| 8:40 | Recess; |
| 8:55 | Court back in session outside the presence of the jury; The Court continues the jury instructions conference; |
| 9:11 | Recess; |

| | |
|---|---|
| 9:31 | Court back in session outside the presence of the jury; The jury instructions conference continues; |
| 9:54 | Recess; |
| 10:58 | Court back in session; The Court decides to dismiss the jury for lunch; |
| 11:00 | Jury returned to jury box; |
| 11:02 | Jury dismissed for lunch; |
| 11:02 | Court in session outside the presence of the jury; The Court continues jury instructions conference; |
| 11:15 | Recess; |
| 11:29 | Court back in session outside the presence of the jury; The Court continues jury instructions conference; |
| 11:46 | Recess; |
| 12:38 | Court in session outside the presence of the jury; |
| 12:40 | Jury returned to jury box; |
| 12:41 | The Court reads jury instructions; |
| 1:05 | Plaintiff begins closing arguments; |
| 1:41 | Defendant's closing arguments by Linda Schoonmaker begin; |
| 1:55 | Defendant's closing arguments by Torry Garland begin; |
| 2:26 | Plaintiff begins rebuttal closing arguments; |
| 2:37 | CSO sworn; |
| 2:40 | Jury retires for deliberations; |
| 2:40 | Court in session outside the presence of the jury; |
| 2:44 | Recess; |
| 3:33 | The Court is notified that the jurors have a note; |
| 3:47 | Court in session outside the presence of the jury; The Court reads note and writes response to which the parties agreed; |
| 3:52 | Recess; |
| 6:15 | Court notified that jury reached a verdict |
| 6:25 | Court in session outside the presence of the jury; |
| 6:26 | Jury returned to jury box; |
| 6:27 | Verdicts in favor of Plaintiff published; |
| 6:30 | Jurors polled; |
| 6:42 | Jurors dismissed from further service |
| 6:42 | Court in session outside the presence of the jury; |
| 6:43 | Court adjourned. |

Question three:

Does this pertain to a certain time frame? We know now they know but does this question ask if they knew about it from a certain time. Is it relevant when Union Pacific found out about his PTSD and Traumatic Brain injury?

Response:

You have all of the evidence in this case. You will have to make your decision based on what you recall of the evidence and the instructions provided.

— Judge Baker

*[signatures: Victoria Johnson, Susan East]*