U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
JUL 16 2021
IN OPEN COURT
TAMMY H. DOWNS
By:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PERRY HOPMAN                                                                                  PLAINTIFF

v.                             Case No. 4:18-cv-00074-KGB

UNION PACIFIC RAILROAD                                          DEFENDANT

### VERDICT: Question One

Do you find from a preponderance of the evidence:

    1.     **That plaintiff Perry Hopman had or has traumatic brain injury?**

Answer Yes or No   __Yes__

When you answer this question, please have your foreperson sign and date this verdict form. Please, go to the next question.

__[signature]__                                       __7/16/2021__
Foreperson                                                Date

## VERDICT: Question Two

Do you find from a preponderance of the evidence:

    2.    **That plaintiff Perry Hopman's impairment or impairments substantially limited his ability to engage in a major life activity or activities?**

Answer Yes or No __Yes__

When you answer this question, please have your foreperson sign and date this verdict form. If your answer to Question 2 is "No," this ends your deliberations, and your foreperson should contact the Court Security Officer. If your answer is "Yes," go to the next question.



_____       7/16/2021 _____
Foreperson                                                  Date

## VERDICT: Question Three

Do you find from a preponderance of the evidence:

3. **That defendant Union Pacific Railroad knew of plaintiff Perry Hopman's impairment or impairments?**

Answer Yes or No __Yes__

When you answer this question, please have your foreperson sign and date this verdict form. If your answer to Question 3 is "No," this ends your deliberations, and your foreperson should contact the Court Security Officer. If your answer is "Yes," go to the next question.

_____    __7/16/2021_____
Foreperson                                                  Date

**VERDICT: Question Four**

Do you find from a preponderance of the evidence:

    **4.A.**     **That plaintiff Perry Hopman's requested accommodation was reasonable?**

Answer Yes or No __Yes__

When you answer this question, please have your foreperson sign and date this verdict form. If your answer to Question 4.A. is "No," this ends your deliberations, and your foreperson should contact the Court Security Officer. If your answer is "Yes," go to the next question 4.B.

__/s/ Foreperson__                                   __7/16/2021__
Foreperson                                                Date

Do you find from a preponderance of the evidence:

    **4.B.**     **That plaintiff Perry Hopman's requested accommodation was a modification or adjustment to enable Mr. Hopman with a disability to enjoy equal benefits and privileges of employment as are enjoyed by defendant Union Pacific Railroad's other similarly situated employees without disabilities?**

Answer Yes or No __Yes__

When you answer this question, please have your foreperson sign and date this verdict form. If your answer to Question 4.B. is "No," this ends your deliberations, and your foreperson should contact the Court Security Officer. If your answer is "Yes," go to the next question.

__/s/ Foreperson__                                   __7/16/2021__
Foreperson                                                Date

## VERDICT: Question Five

Do you find from a preponderance of the evidence:

    5.A.    That defendant Union Pacific Railroad failed to allow plaintiff Perry Hopman his requested accommodation?

Answer Yes or No __Yes__

When you answer this question, please have your foreperson sign and date this verdict form. If your answer to Question 5.A. is "No," this ends your deliberations, and your foreperson should contact the Court Security Officer. If your answer is "Yes," go to the next question 5.B.

__[signature]__                      __7/16/2021__
Foreperson                                Date

Do you find from a preponderance of the evidence:

    5.B.    That defendant Union Pacific Railroad failed to provide plaintiff Perry Hopman with any other reasonable accommodation?

Answer Yes or No __Yes__

When you answer this question, please have your foreperson sign and date this verdict form. If your answer to Question 5.B. is "No," this ends your deliberations, and your foreperson should contact the Court Security Officer. If your answer is "Yes," go to the next question.

__[signature]__                      __7/16/2021__
Foreperson                                Date

## **VERDICT: Question Six**

Do you find from a preponderance of the evidence:

6. **That allowing plaintiff Perry Hopman his requested accommodation would constitute an undue hardship on defendant Union Pacific Railroad?**

Answer Yes or No __No__

When you answer this question, please have your foreperson sign and date this verdict form. If your answer to Question 6 is "Yes," this ends your deliberations, and your foreperson should contact the Court Security Officer. If your answer is "No," go to the next question.

_____    7/16/2021
Foreperson                                   Date

## VERDICT:  Question Seven

Do you find from a preponderance of the evidence:

> **7.     That allowing plaintiff Perry Hopman his requested accommodation would be prohibited by a federal law or regulation?**

Answer Yes or No __No__

When you answer this question, please have your foreperson sign and date this verdict form.  If your answer to Question 7 is "Yes," this ends your deliberations, and your foreperson should contact the Court Security Officer.  If your answer is "No," go to the next question.


_____
Foreperson

__7/16/2021__
Date

## **VERDICT: Question Eight**

Do you find from a preponderance of the evidence:

**8.      That defendant Union Pacific Railroad made a good faith effort and consulted with plaintiff Perry Hopman to identify and make a reasonable accommodation?**

Answer Yes or No __No__

When you answer this question, please have your foreperson sign and date this verdict form. If your answer to Question 8 is "Yes," this ends your deliberations, and your foreperson should contact the Court Security Officer. If your answer is "No," go to the next question.

_____        7/16/2021
Foreperson                                                        Date

## VERDICT: Question Nine

Do you find from a preponderance of the evidence:

9. That plaintiff Perry Hopman should be awarded compensatory damages in the following amount?

$ __$250,000.00__

(Please write in the amount, the nominal amount of $1.00, or none)

When you answer this question, please have your foreperson sign and date this verdict form. If your answer to Question 9 is "none," this ends your deliberations, and your foreperson should contact the Court Security Officer. If you wrote in an amount or the nominal amount of $1.00, please go to the next question.

_____
Foreperson

7/16/2020
Date

## VERDICT: Question Ten

Do you find from a preponderance of the evidence:

10. That punitive damages should be assessed against defendant Union Pacific Railroad in the following amount?

$ __$0.00__

(Please write in the amount)

When you answer this question, please have your foreperson sign and date this verdict form. This ends your deliberations and your foreperson should contact the Court Security Officer.

_____    _7/14/2021_____
Foreperson                                                        Date