IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PERRY HOPMAN**             **PLAINTIFF**

v.      **Case No. 4:18-cv-00074-KGB**

**UNION PACIFIC RAILROAD**            **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Perry Hopman's complaint is dismissed (Dkt. No. 4). The Court denies the requested relief as a matter of law.

So adjudged this 30th day of March, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge