# TRANSMITTAL SHEET

**TO:**  Clerk, USCA 8  **DATE:** 6/21/2022

**FROM:**  U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 22-01881

**DISTRICT COURT NO.** 4:18-cv-00074-KGB

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date: _____
Volume and Date: _____
Volume and Date: _____

In Camera Documents

Copies of Docket Entries 188 (Transcript of Pretrial Hearing, Vol. 1), 189 (Transcript of Jury Trial, Vol. 2)
Copies of Docket Entries 190 (Transcript of Jury Trial, Vol. 3), 191 (Transcript of Jury Trial, Vol. 4)
Copy of Docket Entry 192 (Transcript of Jury Trial, Vol. 5)

Exhibits

Plaintiff(s) _____
Defendant(s) _____
Joint _____

**COMMENTS:**

*************************************************************************

**USCA 8 ACKNOWLEDGMENT**

RECEIPT

By: _____
Deputy Clerk